UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| FUTURE SANITATION, INC., <br><br> Plaintiff, <br><br> v. <br><br> EVERGREEN NATIONAL INDEMNITY COMPANY and <br><br> MARTIN STERNBERG, <br><br> Defendants | Civil Action <br> No. 3:17-cv-03471-MAS-TJB |

**PLAINTIFF'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff Future Sanitation, Inc., a nongovernmental corporate entity, states that it does not have any parent corporation and publicly held corporation that owns 10% or more if its stock.

                                                                           */s/ Joseph L. Gentilcore*
                                                                           Joseph L. Gentilcore (039622011)
                                                                           **DIEHL LAW LLC**
                                                                           20 Shawnee Drive
                                                                           Suite B
                                                                           Watchung, NJ 07069
                                                                           (267) 614-6515