Glen M. Diehl
DIEHL LAW LLC
P.O. Box 4206
Warren, NJ 07059
Attorney for Future Sanitation, Inc. and Bryan Aloia

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| FUTURE SANITATION, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>EVERGREEN NATIONAL INDEMNITY COMPANY and MARTIN STERNBERG,<br><br>    Defendants. | Civil Action No.<br><br>3:17-CV-03471-MAS-TJB<br><br><br>**SUPPLEMENTAL DECLARATION OF GLEN M. DIEHL, ESQ.** |
| EVERGREEN NATIONAL INDEMNITY COMPANY,<br><br>    Defendant/Counterclaimant,<br><br>    v.<br><br>FUTURE SANITATION, INC. and BRYAN ALOIA,<br><br>    Counterclaim Defendants. | |

      I, Glen M. Diehl, submit this declaration in accordance with 28 U.S.C. 1746:

      1.    I am attorney representing the plaintiff in this matter. I make the following statements based on personal knowledge and in opposition to Evergreen's summary judgment motion on damages.

1

2. Documents produced by Mr. Sternberg during this litigation are attached as Exhibits 1, 2, 4, 5, 8 and 9.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 16, 2018.

*[signature]*

_____
Glen M. Diehl