1:23 PM
01/08/18
Accrual Basis

# Future Sanitation, Inc.
## Profit & Loss
### January through December 2015

CONFIDENTIAL
FUT004891

| | Jan 15 | Feb 15 | Mar 15 |
|---|---:|---:|---:|
| **Ordinary Income/Expense** | | | |
| **Income** | | | |
| 4000 · Revenue - Roll Off | 159,527.02 | 119,272.25 | 145,680.45 |
| 4020 · Revenue - Commercial | 9,347.29 | 2,215.79 | 9,485.30 |
| 4021 · Ocean County Comm Route | 0.00 | 0.00 | 0.00 |
| 4030 · Revenue - Residential | 1,345.72 | 1,585.08 | 1,075.94 |
| 4800 · Revenue - Fuel Surcharge | 25.00 | 36.52 | 25.00 |
| 4850 · Revenue - Recycling Revenue | | | |
|     4990 · JFD - Rebate | 0.00 | 0.00 | 0.00 |
|     4850 · Revenue - Recycling Revenue - Other | 0.00 | 0.00 | -44.25 |
| Total 4850 · Revenue - Recycling Revenue | 0.00 | 0.00 | -44.25 |
| 4910 · Municpal Revenue | | | |
|     4930 Nutley North | 78,900.00 | 78,900.00 | 78,900.00 |
|     4931 Bloomfield North | 90,457.00 | 90,457.00 | 92,747.00 |
|     4932 Hillsdale North | 30,992.91 | 30,992.91 | 30,992.91 |
|     4933 Hawthorne North | 39,375.00 | 39,375.00 | 39,375.00 |
|     4934 Garfield North | 16,900.00 | 16,900.00 | 16,900.00 |
|     4935 Lodi Branch North | 44,612.08 | 76,000.00 | 74,000.00 |
|     4936 Rochelle Park North | 8,430.00 | 8,430.00 | 8,430.00 |
|     4937 Little Ferry North | 19,187.20 | 17,995.20 | 19,843.20 |
|     4938 Passaic BOE North | 12,909.80 | 13,703.32 | 13,703.32 |
|     4939 Monnachie North | 3,712.91 | 3,712.91 | 3,712.91 |
|     4914 · Keyport - Disposal Rev. | 13,310.81 | 11,768.11 | 15,292.72 |
|     4915 · Oceanport - Disposal Rev. | 0.00 | 0.00 | 0.00 |
|     4916 · Matawan - Disposal Rev. | 20,709.02 | 16,247.74 | 21,417.24 |
|     4919 · Manalapan - Disposal Rev. | 99,175.41 | 69,986.50 | 105,332.66 |
|     4922 · Holmdel - Contract Rev. | 7,319.58 | 7,319.58 | 7,319.58 |
|     4924 · Keyport - Contract Rev. | 17,625.00 | 35,250.00 | 17,625.00 |
|     4925 · Oceanport - Contract Rev. | 33,490.83 | 31,633.32 | 15,816.66 |
|     4926 · Matawan - Contract Rev. | 19,000.00 | 38,000.00 | 19,000.00 |
|     4929 · Manalapan - Contract Revenue | 113,217.34 | 112,724.40 | 113,488.52 |
|     4935 · Freehold - Contract Revenue | 30,334.00 | 60,668.00 | 30,334.00 |
|     4936 · Freehold - Disposal Revenue | 0.00 | 0.00 | 0.00 |
| Total 4910 · Municpal Revenue | 699,658.89 | 760,063.99 | 724,230.72 |
| 4932 · Municpal Revenue - North | 448.00 | -76,000.00 | 0.00 |
| 4933 · Roll Off Revenue - North | 0.00 | 0.00 | 107,097.85 |
| 4987 · Recycling Tax Credit | 4,269.99 | 6,081.45 | 4,453.06 |
| 4989 · Miscellaneous Income | | | |
|     4900 · Revenue - Extras | 17,704.73 | 28,805.68 | 28,998.46 |
|     4989 · Miscellaneous Income - Other | 53,416.85 | 21,440.98 | 55,363.49 |
| Total 4989 · Miscellaneous Income | 71,121.58 | 50,246.66 | 84,361.95 |
| 4998 · Sales - Credit | -3,468.50 | -717.33 | -1,592.52 |
| 6666 · Misc | 100,201.50 | 0.00 | 0.00 |
| **Total Income** | 1,042,476.49 | 862,784.41 | 1,074,773.50 |
| **Cost of Goods Sold** | | | |

1:23 PM
01/08/18
Accrual Basis

Case 3:17-cv-03471-MAS-TJB   Document 51-12   Filed 11/16/18   Page 2 of 20 PageID: 2095

CONFIDENTIAL
FUT001892

# Future Sanitation, Inc.
## Profit & Loss
### January through December 2015

|  | Jan 15 | Feb 15 | Mar 15 |
|---|---:|---:|---:|
| **5034 North Drivers Front End** | 9,035.25 | 7,006.50 | 7,069.75 |
| **5035 North Drivers Front End OT** | 4,087.15 | 3,306.38 | 2,492.26 |
| **5036 North Lifter** | 81,485.25 | 64,813.00 | 62,415.50 |
| **5037 North Lifter OT** | 9,362.70 | 7,665.82 | 10,353.08 |
| **5038 North Muni Driver** | 56,006.25 | 43,289.75 | 44,542.50 |
| **5039 North Muni Driver OT** | 6,588.42 | 5,650.90 | 8,195.32 |
| **5040 North Mechanic** | 23,201.25 | 17,760.00 | 17,920.00 |
| **5041 North Mechanic OT** | 10,633.53 | 8,934.78 | 10,107.42 |
| **5042 North Roll Off** | 16,182.75 | 12,439.75 | 12,365.00 |
| **5043 North Roll Off OT** | 1,880.64 | 1,945.15 | 2,619.76 |
| **5044 South Lifter** | 41,480.00 | 30,890.25 | 31,864.25 |
| **5045 South Lifter OT** | 8,723.52 | 3,290.53 | 4,575.03 |
| **5046 South Muni Driver** | 38,634.44 | 33,710.96 | 35,287.96 |
| **5047 South Muni Driver OT** | 11,450.18 | 5,180.63 | 9,244.14 |
| **5048 South Mechanic** | 17,477.88 | 13,611.20 | 13,599.50 |
| **5050 South Roll Off** | 22,356.06 | 15,794.51 | 15,011.65 |
| **5051 South Roll Off OT** | 5,059.50 | 2,892.75 | 3,917.63 |
| **5052 Payroll Taxes North Cogs** | 27,633.62 | 21,545.24 | 22,609.19 |
| **5053 Workers Comp North Cogs** | 34,494.13 | 27,192.14 | 28,537.09 |
| **5054 Worker Comp South Cogs** | 23,177.60 | 19,154.41 | 17,627.19 |
| **5055 Payroll Tax South Cogs** | 18,670.80 | 11,045.84 | 13,968.16 |
| **5000 · Disposal Cost** | 30,562.84 | 38,906.48 | 95,371.17 |
| **5003 · Municipal Disposal** | 231,339.06 | 123,505.77 | 155,500.00 |
| **5004 · Disposal - North** | 42,741.21 | 26,319.74 | 51,705.67 |
| **5030 · Labor Cost** | 0.00 | 0.00 | 63,754.07 |
| **5042 · Casual Labor** | 2,257.50 | 1,046.25 | 1,294.21 |
| **5049 · 5049 South Mechanic OT** | 2,214.00 | 1,951.51 | 2,687.44 |
| **5050 · Fuel Cost** | 35,231.22 | 28,544.33 | 31,957.64 |
| **5051 · Fuel Cost - North** | 27,352.59 | 36,454.01 | 39,388.55 |
| **5062 · Subcontractor-Hauler** | 26,968.56 | 0.00 | 0.00 |
| **5063 · Equipment Rental** | 0.00 | 0.00 | 0.00 |
| **5245 · Tolls** | 0.00 | 2,500.00 | 0.00 |
| **Total COGS** | 866,287.90 | 616,348.58 | 815,981.13 |
| **Gross Profit** | 176,188.59 | 246,435.83 | 258,792.37 |
| **Expense** | | | |
| 6125 - Charge Card Discount Fee | 0.00 | 0.00 | 0.00 |
| 6487 - Payroll Processing Fees | 13,343.71 | 10,130.44 | 10,633.68 |
| 6527 Route Expense | 0.00 | 0.00 | 0.00 |
| 5060 · R&M - Equip & Vehicle | 89,373.47 | 40,160.16 | 48,029.53 |
| 5090 · Small Tools & Supplies | 5,374.43 | 4,900.00 | 900.00 |
| 5100 · Tire Expense | 10,369.00 | 8,607.43 | 12,322.82 |
| 5200 · Commission Expense | 440.00 | 0.00 | 0.00 |
| 5456 · Towing | 974.80 | 2,088.75 | 1,080.00 |
| 6033 · Uniforms | 1,156.85 | 876.04 | 438.02 |
| 6120 · Bank Service Charges | 1,324.52 | 1,333.15 | 1,272.35 |

1:23 PM
01/08/18
Accrual Basis

Case 3:17-cv-03471-MAS-TJB   Document 51-12   Filed 11/16/18   Page 3 of 20 PageID: 2096

CONFIDENTIAL
FUT004893

# Future Sanitation, Inc.
## Profit & Loss
### January through December 2015

|  | Jan 15 | Feb 15 | Mar 15 |
|---|---:|---:|---:|
| **6121 · Cleaning Expense** | 0.00 | 0.00 | 0.00 |
| **6140 · Contributions** | 0.00 | 100.00 | 0.00 |
| **6160 · Dues and Subscriptions** | 0.00 | 0.00 | 500.00 |
| **6180 · Insurance Expense** | | | |
|     5043 · Health Insurance | 12,423.12 | 12,984.63 | 12,765.29 |
|     6181 · Life Insurance | 0.00 | 0.00 | 0.00 |
|     6184 · Bond Expense | 1,300.00 | 0.00 | 0.00 |
|     6185 · Insurance - G/L & Auto | 55,176.85 | 0.00 | 0.00 |
|     6186 · Auto Insurance | 1,682.95 | 0.00 | 0.00 |
|     6188 · Disability & Unemp Insurance | 843.31 | 0.00 | 844.65 |
|     6189 · Insurance - Health | 227.42 | 0.00 | 0.00 |
|     6180 · Insurance Expense - Other | 2,491.76 | 56,908.71 | 3,649.98 |
| **Total 6180 · Insurance Expense** | 74,145.41 | 69,893.34 | 17,259.92 |
| **6230 · Licenses and Permits** | 13,197.88 | 10,880.94 | 6,822.50 |
| **6250 · Postage and Delivery** | 343.00 | 98.00 | 885.99 |
| **6260 · Printing and Reproduction** | 374.95 | 0.00 | 0.00 |
| **6266 · DEP Fee** | 0.00 | 0.00 | 0.00 |
| **6270 · Professional Fees** | 0.00 | 0.00 | 0.00 |
| **6290 · Rent** | 25,686.13 | 20,551.97 | 8,050.00 |
| **6320 · Computer Expense** | 137.98 | 54.99 | 54.99 |
| **6322 · Testing Expense** | 0.00 | 0.00 | 0.00 |
| **6340 · Telephone** | 4,544.37 | 5,945.27 | 4,693.59 |
| **6350 · Entertainment & Meals** | 1,483.31 | 718.40 | 0.00 |
| **6380 · Travel Expense** | 300.00 | 0.00 | 0.00 |
| **6390 · Utilities** | 7,476.40 | 4,584.52 | 5,805.80 |
| **6485 · Office Expense** | 991.89 | 223.62 | 2,221.76 |
| **6525 · CC Fees Expense** | 1,518.09 | 2,745.68 | 3,090.21 |
| **6544 · Lease Expense** | 395.71 | 882.21 | 646.59 |
| **6550 · G&A Employee Cost** | | | |
|     6551 Office Salary North | 23,534.60 | 18,257.88 | 14,382.68 |
|     6552 Office Salary South | 46,573.53 | 35,073.52 | 39,908.81 |
|     6553 Payroll Tax North | 1,015.25 | 2,240.61 | 1,241.20 |
|     6554 Payroll Tax South | 8,416.83 | 4,641.82 | 4,221.63 |
|     6560 Office Workers Comp North | 68.28 | 52.98 | 29.88 |
|     6561 Workers Comp Office South | 1,542.38 | 837.71 | 858.37 |
|     6557 · Salaries - Salesmen | 8,806.66 | 4,200.00 | 5,880.00 |
|     6569 · Reimbursed Employee Expense-G&A | 4,547.50 | 30,815.60 | 0.00 |
|     6550 · G&A Employee Cost - Other | 240.00 | 480.00 | 13,096.85 |
| **Total 6550 · G&A Employee Cost** | 94,745.03 | 96,600.12 | 79,619.42 |
| **6630 · Collection Service Fee** | 0.00 | 0.00 | 0.00 |
| **6645 · Advertising Expense** | 0.00 | 0.00 | 0.00 |
| **6655 · Legal Fees** | 0.00 | 3,500.00 | 0.00 |
| **66900 · Reconciliation Discrepancies** | 0.00 | -20.05 | -0.01 |
| **6735 · Data Process** | 0.00 | 0.00 | 0.00 |
| **6785 · Inspection Expense** | 1,024.28 | 0.00 | 0.00 |

1:23 PM
01/08/18
Accrual Basis

# Future Sanitation, Inc.
## Profit & Loss
### January through December 2015

|  | Jan 15 | Feb 15 | Mar 15 |
|---|---:|---:|---:|
| **6820 · Taxes** | | | |
|     6860 · State | 0.00 | 0.00 | 0.00 |
|     6865 · Heavy Vehicle Use Tax | 0.00 | 0.00 | 0.00 |
|     6820 · Taxes - Other | 0.00 | 1,269.30 | 0.00 |
| **Total 6820 · Taxes** | 0.00 | 1,269.30 | 0.00 |
| **6885 · Admin Fee** | 25.00 | 25.00 | 25.00 |
| **6999 · Miscellaneous Expenses** | | | |
|     2012 · Chase Credit Card Payment | 0.00 | 2,963.56 | 0.00 |
|     6999 · Miscellaneous Expenses - Other | 8,155.87 | 4,724.57 | 76,400.89 |
| **Total 6999 · Miscellaneous Expenses** | 8,155.87 | 7,688.13 | 76,400.89 |
| **8855 · Late Fee** | 210.00 | 64.00 | 178.00 |
| **Total Expense** | 357,112.08 | 293,901.41 | 280,931.05 |
| **Net Ordinary Income** | -180,923.49 | -47,465.58 | -22,138.68 |
| **Other Income/Expense** | | | |
|   Other Income | | | |
|     7010 · Interest Income | 0.00 | 0.00 | 0.00 |
|     7788 · Gain/Loss Sale or Trade Assets | 0.00 | 0.00 | 0.00 |
| **Total Other Income** | 0.00 | 0.00 | 0.00 |
|   Other Expense | | | |
|     8500 Depreciation Straight Line | 140,470.00 | 0.00 | 0.00 |
|     7777 · Bad Debt Expense | 0.00 | 0.00 | 0.00 |
|     8010 · Other Expenses | 50.00 | 0.00 | 942.60 |
|     9150 · Depreciation Expense-Equipment | 0.00 | 0.00 | 0.00 |
|     9200 · Interest Expense | 3,300.00 | 5,300.00 | 3,300.00 |
|     9955 · Damage Expense | 70.62 | 0.00 | 0.00 |
|     9989 · Fines & Penalties | 0.00 | 0.00 | 443.00 |
|     9999 · Temporary Exchange Account | 0.00 | 0.00 | 0.00 |
| **Total Other Expense** | 143,890.62 | 5,300.00 | 4,685.60 |
| **Net Other Income** | -143,890.62 | -5,300.00 | -4,685.60 |
| **Net Income** | **-324,814.11** | **-52,765.58** | **-26,824.28** |

1:23 PM
01/08/18
Accrual Basis

Case 3:17-cv-03471-MAS-TJB   Document 51-12   Filed 11/16/18   Page 5 of 20 PageID: 2098

CONFIDENTIAL
FUT004895

# Future Sanitation, Inc.
## Profit & Loss
### January through December 2015

|  | Apr 15 | May 15 | Jun 15 |
|---|---:|---:|---:|
| **Ordinary Income/Expense** | | | |
|   **Income** | | | |
|     4000 · Revenue - Roll Off | 137,947.52 | 187,108.43 | 163,039.27 |
|     4020 · Revenue - Commercial | 18,224.80 | 4,162.78 | 16,499.29 |
|     4021 · Ocean County Comm Route | 0.00 | 431.08 | 215.54 |
|     4030 · Revenue - Residential | 2,018.41 | 1,217.36 | 1,020.89 |
|     4800 · Revenue - Fuel Surcharge | 36.14 | 25.00 | 25.00 |
|     4850 · Revenue - Recycling Revenue | | | |
|       4990 · JFD - Rebate | 13.92 | 0.00 | 13.32 |
|       4850 · Revenue - Recycling Revenue - Other | 0.00 | 0.00 | 0.00 |
|     Total 4850 · Revenue - Recycling Revenue | 13.92 | 0.00 | 13.32 |
|     4910 · Municpal Revenue | | | |
|       4930 Nutley North | 78,900.00 | 78,900.00 | 93,600.00 |
|       4931 Bloomfield North | 93,537.00 | 94,752.00 | 96,262.00 |
|       4932 Hillsdale North | 30,992.91 | 30,992.91 | 30,992.91 |
|       4933 Hawthorne North | 39,375.00 | 39,375.00 | 39,375.00 |
|       4934 Garfield North | 16,900.00 | 16,900.00 | 16,900.00 |
|       4935 Lodi Branch North | 74,000.00 | 0.00 | 0.00 |
|       4936 Rochelle Park North | 8,430.00 | 8,430.00 | 8,430.00 |
|       4937 Little Ferry North | 24,009.34 | 19,961.34 | 24,689.34 |
|       4938 Passaic BOE North | 13,703.32 | 13,703.32 | 13,703.32 |
|       4939 Monnachie North | 3,712.91 | 3,487.91 | 3,712.91 |
|       4914 · Keyport - Disposal Rev. | 14,950.61 | 15,306.15 | 1,397.00 |
|       4915 · Oceanport - Disposal Rev. | 0.00 | 0.00 | 0.00 |
|       4916 · Matawan - Disposal Rev. | 22,486.59 | 23,197.60 | 4,612.92 |
|       4919 · Manalapan - Disposal Rev. | 101,327.20 | 216,874.53 | 12,468.37 |
|       4922 · Holmdel - Contract Rev. | 7,319.58 | 7,319.58 | 7,319.58 |
|       4924 · Keyport - Contract Rev. | 17,625.00 | 18,598.40 | 17,625.00 |
|       4925 · Oceanport - Contract Rev. | 15,816.66 | 15,816.66 | 15,816.66 |
|       4926 · Matawan - Contract Rev. | 19,000.00 | 19,000.00 | 19,000.00 |
|       4929 · Manalapan - Contract Revenue | 112,495.58 | 111,916.66 | 114,009.70 |
|       4935 · Freehold - Contract Revenue | 30,334.00 | 30,334.00 | 30,334.00 |
|       4936 · Freehold - Disposal Revenue | 0.00 | 0.00 | 7,166.96 |
|     Total 4910 · Municpal Revenue | 724,915.70 | 764,866.06 | 557,415.67 |
|     4932 · Municpal Revenue - North | 0.00 | 0.00 | 0.00 |
|     4933 · Roll Off Revenue - North | 101,593.78 | 112,897.13 | 106,451.69 |
|     4987 · Recycling Tax Credit | 12,988.91 | 11,515.09 | 16,308.74 |
|     4989 · Miscellaneous Income | | | |
|       4900 · Revenue - Extras | 30,188.76 | -1,289.97 | 3,924.21 |
|       4989 · Miscellaneous Income - Other | 40,185.48 | 36,214.82 | 17,117.53 |
|     Total 4989 · Miscellaneous Income | 70,374.24 | 34,924.85 | 21,041.74 |
|     4998 · Sales - Credit | -40.00 | -300.00 | -3,290.68 |
|     6666 · Misc | 152,000.00 | 50,000.00 | 32,500.00 |
|   **Total Income** | 1,220,073.42 | 1,166,847.78 | 911,240.47 |
|   **Cost of Goods Sold** | | | |

1:23 PM
01/08/18
Accrual Basis

Case 3:17-cv-03471-MAS-TJB   Document 51-12   Filed 11/16/18   Page 6 of 20 PageID: 2099

CONFIDENTIAL
FUT004896

# Future Sanitation, Inc.
## Profit & Loss
### January through December 2015

|  | Apr 15 | May 15 | Jun 15 |
|---|---:|---:|---:|
| **5034 North Drivers Front End** | 6,088.00 | 7,816.50 | 4,224.00 |
| **5035 North Drivers Front End OT** | 3,235.89 | 4,095.38 | 2,136.75 |
| **5036 North Lifter** | 64,004.50 | 78,891.38 | 67,188.75 |
| **5037 North Lifter OT** | 11,967.44 | 16,624.21 | 16,609.98 |
| **5038 North Muni Driver** | 43,391.75 | 51,187.50 | 38,082.50 |
| **5039 North Muni Driver OT** | 10,950.44 | 13,441.92 | 10,988.67 |
| **5040 North Mechanic** | 17,523.25 | 22,215.25 | 19,224.00 |
| **5041 North Mechanic OT** | 11,035.54 | 12,126.41 | 10,886.65 |
| **5042 North Roll Off** | 12,563.00 | 16,727.50 | 13,152.50 |
| **5043 North Roll Off OT** | 2,418.03 | 6,318.04 | 4,570.15 |
| **5044 South Lifter** | 33,083.00 | 38,993.25 | 34,821.13 |
| **5045 South Lifter OT** | 7,920.43 | 9,679.57 | 7,352.67 |
| **5046 South Muni Driver** | 34,956.96 | 45,283.70 | 37,068.46 |
| **5047 South Muni Driver OT** | 9,641.63 | 16,660.52 | 12,710.28 |
| **5048 South Mechanic** | 12,160.00 | 16,064.00 | 13,120.38 |
| **5050 South Roll Off** | 23,065.97 | 20,927.37 | 18,536.36 |
| **5051 South Roll Off OT** | 8,562.02 | 10,189.89 | 6,428.26 |
| **5052 Payroll Taxes North Cogs** | 22,435.72 | 27,202.01 | 22,006.08 |
| **5053 Workers Comp North Cogs** | 25,712.59 | 35,203.12 | 28,424.43 |
| **5054 Worker Comp South Cogs** | 20,291.75 | 24,348.25 | 18,849.52 |
| **5055 Payroll Tax South Cogs** | 16,123.41 | 19,480.65 | 15,636.20 |
| **5000 · Disposal Cost** | 78,077.99 | 72,272.80 | 64,523.97 |
| **5003 · Municipal Disposal** | 209,500.00 | 210,000.00 | 0.00 |
| **5004 · Disposal - North** | 53,246.76 | 62,025.84 | 60,313.98 |
| **5030 · Labor Cost** | 0.00 | 4,323.00 | 5,663.55 |
| **5042 · Casual Labor** | 205.00 | 107.50 | 2,309.38 |
| **5049 · 5049 South Mechanic OT** | 3,300.94 | 3,531.76 | 1,211.81 |
| **5050 · Fuel Cost** | 32,778.06 | 33,947.96 | 37,361.01 |
| **5051 · Fuel Cost - North** | 29,970.97 | 41,057.21 | 15,373.98 |
| **5062 · Subcontractor-Hauler** | 0.00 | 0.00 | 0.00 |
| **5063 · Equipment Rental** | 0.00 | 0.00 | 0.00 |
| **5245 · Tolls** | 1,000.00 | 3,000.00 | 3,500.00 |
| **Total COGS** | 805,211.04 | 923,742.49 | 592,275.40 |
| **Gross Profit** | 414,862.38 | 243,105.29 | 318,965.07 |
| **Expense** | | | |
| **6125 - Charge Card Discount Fee** | 0.00 | 0.00 | 0.00 |
| **6487 - Payroll Processing Fees** | 11,131.48 | 13,816.13 | 10,898.40 |
| **6527 Route Expense** | 0.00 | 0.00 | 15.00 |
| **5060 · R&M - Equip & Vehicle** | 53,017.18 | 46,260.83 | 46,197.96 |
| **5090 · Small Tools & Supplies** | 0.00 | 0.00 | 987.18 |
| **5100 · Tire Expense** | 1,403.47 | 2,080.78 | 7,583.53 |
| **5200 · Commission Expense** | 0.00 | 0.00 | 0.00 |
| **5456 · Towing** | 1,312.50 | 1,042.30 | 3,972.30 |
| **6033 · Uniforms** | 293.03 | 481.99 | 0.00 |
| **6120 · Bank Service Charges** | 1,692.95 | 1,574.23 | 1,107.38 |

1:23 PM
01/08/18
Accrual Basis
Case 3:17-cv-03471-MAS-TJB   Document 51-12   Filed 11/16/18   Page 7 of 20 PageID: 2100
CONFIDENTIAL
FUT004897

# Future Sanitation, Inc.
## Profit & Loss
### January through December 2015

| | Apr 15 | May 15 | Jun 15 |
|---|---:|---:|---:|
| **6121 · Cleaning Expense** | 0.00 | 0.00 | 200.00 |
| **6140 · Contributions** | 0.00 | 0.00 | 0.00 |
| **6160 · Dues and Subscriptions** | 0.00 | 0.00 | 0.00 |
| **6180 · Insurance Expense** | | | |
|     **5043 · Health Insurance** | 17,599.76 | 11,295.00 | 12,430.00 |
|     **6181 · Life Insurance** | 381.91 | 176.85 | 0.00 |
|     **6184 · Bond Expense** | 0.00 | 2,171.00 | 18,829.00 |
|     **6185 · Insurance - G/L & Auto** | 60,079.66 | 30,871.18 | 8,255.14 |
|     **6186 · Auto Insurance** | 1,637.72 | 1,516.36 | 42,646.19 |
|     **6188 · Disability & Unemp Insurance** | 1,455.48 | 0.00 | 0.00 |
|     **6189 · Insurance - Health** | 0.00 | 0.00 | 0.00 |
|     **6180 · Insurance Expense - Other** | 11,218.64 | 0.00 | 21,496.85 |
| **Total 6180 · Insurance Expense** | 92,373.17 | 46,030.39 | 103,657.18 |
| **6230 · Licenses and Permits** | 5,956.93 | 18,324.96 | 9,807.52 |
| **6250 · Postage and Delivery** | 0.00 | 539.00 | 441.00 |
| **6260 · Printing and Reproduction** | 0.00 | 0.00 | 374.95 |
| **6266 · DEP Fee** | 0.00 | 0.00 | 0.00 |
| **6270 · Professional Fees** | 0.00 | 0.00 | 0.00 |
| **6290 · Rent** | 24,129.44 | 12,026.98 | 25,722.48 |
| **6320 · Computer Expense** | 5,700.09 | 1,528.58 | 92.49 |
| **6322 · Testing Expense** | 0.00 | 81.40 | 338.40 |
| **6340 · Telephone** | 6,401.66 | 6,185.00 | 6,577.82 |
| **6350 · Entertainment & Meals** | 1,033.39 | 214.55 | 1,635.24 |
| **6380 · Travel Expense** | 5,377.49 | 6,490.22 | 4,179.79 |
| **6390 · Utilities** | 3,245.52 | 3,317.16 | 1,852.38 |
| **6485 · Office Expense** | 287.51 | 2,267.74 | 1,106.54 |
| **6525 · CC Fees Expense** | 1,770.02 | 2,254.57 | 2,991.58 |
| **6544 · Lease Expense** | 445.24 | 845.20 | 1,052.98 |
| **6550 · G&A Employee Cost** | | | |
|     **6551 Office Salary North** | 13,607.68 | 19,159.60 | 9,507.68 |
|     **6552 Office Salary South** | 35,153.92 | 40,256.84 | 29,463.92 |
|     **6553 Payroll Tax North** | 3,444.96 | 2,336.18 | 1,159.78 |
|     **6554 Payroll Tax South** | 4,323.47 | 5,134.33 | 3,569.60 |
|     **6560 Office Workers Comp North** | 39.48 | 55.29 | 27.60 |
|     **6561 Workers Comp Office South** | 867.46 | 862.78 | 915.61 |
|     **6557 · Salaries - Salesmen** | 6,405.32 | 9,653.51 | 5,980.20 |
|     **6569 · Reimbursed Employee Expense-G&A** | 0.00 | 0.00 | 0.00 |
|     **6550 · G&A Employee Cost - Other** | 0.00 | 0.00 | 528.00 |
| **Total 6550 · G&A Employee Cost** | 63,842.29 | 77,458.53 | 51,152.39 |
| **6630 · Collection Service Fee** | 855.00 | 0.00 | 0.00 |
| **6645 · Advertising Expense** | 0.00 | 0.00 | 0.00 |
| **6655 · Legal Fees** | 5,000.00 | 0.00 | 0.00 |
| **66900 · Reconciliation Discrepancies** | 0.00 | 0.00 | 0.00 |
| **6735 · Data Process** | 0.00 | 0.00 | 0.00 |
| **6785 · Inspection Expense** | 0.00 | 0.00 | 0.00 |

1:23 PM
01/08/18
Accrual Basis

Case 3:17-cv-03471-MAS-TJB   Document 51-12   Filed 11/16/18   Page 8 of 20 PageID: 2101

CONFIDENTIAL
FUT001898

# Future Sanitation, Inc.
# Profit & Loss
### January through December 2015

|  | Apr 15 | May 15 | Jun 15 |
|---|---:|---:|---:|
| **6820 · Taxes** | | | |
|     6860 · State | 0.00 | 116.73 | 0.00 |
|     6865 · Heavy Vehicle Use Tax | 0.00 | 0.00 | 2,780.00 |
|     6820 · Taxes - Other | 2,270.00 | 4,728.00 | 0.00 |
| **Total 6820 · Taxes** | 2,270.00 | 4,844.73 | 2,780.00 |
| 6885 · Admin Fee | 475.00 | 95.00 | 25.00 |
| **6999 · Miscellaneous Expenses** | | | |
|     2012 · Chase Credit Card Payment | 0.00 | 0.00 | 0.00 |
|     6999 · Miscellaneous Expenses - Other | 15,883.53 | 6,892.04 | 1,779.68 |
| **Total 6999 · Miscellaneous Expenses** | 15,883.53 | 6,892.04 | 1,779.68 |
| 8855 · Late Fee | 0.00 | 0.00 | 38.00 |
| **Total Expense** | 303,896.89 | 254,652.31 | 286,567.17 |
| **Net Ordinary Income** | 110,965.49 | -11,547.02 | 32,397.90 |
| **Other Income/Expense** | | | |
|   **Other Income** | | | |
|     7010 · Interest Income | 0.00 | -1,600.00 | 0.00 |
|     7788 · Gain/Loss Sale or Trade Assets | 0.00 | 0.00 | 0.00 |
|   **Total Other Income** | 0.00 | -1,600.00 | 0.00 |
|   **Other Expense** | | | |
|     8500 Depreciation Straight Line | 54,793.00 | 54,793.00 | 54,793.00 |
|     7777 · Bad Debt Expense | 0.00 | 0.00 | 0.00 |
|     8010 · Other Expenses | 0.00 | 0.00 | 0.00 |
|     9150 · Depreciation Expense-Equipment | 0.00 | 0.00 | 0.00 |
|     9200 · Interest Expense | 3,300.00 | 3,300.00 | 28,682.37 |
|     9955 · Damage Expense | 0.00 | 0.00 | 0.00 |
|     9989 · Fines & Penalties | 1,405.00 | 739.51 | 0.00 |
|     9999 · Temporary Exchange Account | 0.00 | 0.00 | -23,152.54 |
|   **Total Other Expense** | 59,498.00 | 58,832.51 | 60,322.83 |
| **Net Other Income** | -59,498.00 | -60,432.51 | -60,322.83 |
| **Net Income** | 51,467.49 | -71,979.53 | -27,924.93 |

1:23 PM
01/08/18
Accrual Basis

Case 3:17-cv-03471-MAS-TJB   Document 51-12   Filed 11/16/18   Page 9 of 20 PageID: 2102

CONFIDENTIAL
FUT004899

# Future Sanitation, Inc.
## Profit & Loss
### January through December 2015

|  | Jul 15 | Aug 15 | Sep 15 |
|---|---:|---:|---:|
| **Ordinary Income/Expense** | | | |
| **Income** | | | |
| 4000 · Revenue - Roll Off | 153,518.73 | 162,723.85 | 167,153.61 |
| 4020 · Revenue - Commercial | 11,041.79 | 11,667.31 | 5,307.05 |
| 4021 · Ocean County Comm Route | 215.54 | 1,365.54 | 1,142.54 |
| 4030 · Revenue - Residential | 1,525.74 | 1,536.26 | 1,946.79 |
| 4800 · Revenue - Fuel Surcharge | 33.95 | 25.00 | 42.73 |
| 4850 · Revenue - Recycling Revenue | | | |
|    4990 · JFD - Rebate | 0.00 | 0.00 | 6.96 |
|    4850 · Revenue - Recycling Revenue - Other | 0.00 | 0.00 | 9,150.33 |
| Total 4850 · Revenue - Recycling Revenue | 0.00 | 0.00 | 9,157.29 |
| 4910 · Municpal Revenue | | | |
|    4930 Nutley North | 93,600.00 | 93,600.00 | 93,600.00 |
|    4931 Bloomfield North | 92,827.00 | 98,197.00 | 98,197.00 |
|    4932 Hillsdale North | 30,992.91 | 30,992.91 | 30,992.91 |
|    4933 Hawthorne North | 39,375.00 | 39,375.00 | 39,375.00 |
|    4934 Garfield North | 16,900.00 | 16,900.00 | 16,900.00 |
|    4935 Lodi Branch North | 0.00 | 0.00 | 0.00 |
|    4936 Rochelle Park North | 8,430.00 | 8,430.00 | 8,430.00 |
|    4937 Little Ferry North | 24,483.34 | 37,964.34 | 37,964.34 |
|    4938 Passaic BOE North | 13,703.32 | -3,703.22 | 15,905.00 |
|    4939 Monnachie North | 3,712.91 | 3,712.91 | 3,712.91 |
|    4914 · Keyport - Disposal Rev. | 1,557.32 | 1,345.92 | 0.00 |
|    4915 · Oceanport - Disposal Rev. | 0.00 | 0.00 | 0.00 |
|    4916 · Matawan - Disposal Rev. | 708.96 | 531.44 | 0.00 |
|    4919 · Manalapan - Disposal Rev. | 13,779.32 | 13,860.99 | 7,862.11 |
|    4922 · Holmdel - Contract Rev. | 7,319.58 | 7,319.58 | 7,319.58 |
|    4924 · Keyport - Contract Rev. | 17,625.00 | 17,625.00 | 17,625.00 |
|    4925 · Oceanport - Contract Rev. | 15,816.66 | 15,816.66 | 15,816.66 |
|    4926 · Matawan - Contract Rev. | 19,000.00 | 19,000.00 | 19,000.00 |
|    4929 · Manalapan - Contract Revenue | 115,266.76 | 114,773.82 | 112,773.82 |
|    4935 · Freehold - Contract Revenue | 30,334.00 | 30,334.00 | 30,334.00 |
|    4936 · Freehold - Disposal Revenue | 7,315.98 | 3,100.40 | 0.00 |
| Total 4910 · Municpal Revenue | 552,748.06 | 549,176.75 | 555,808.33 |
| 4932 · Municpal Revenue - North | 0.00 | 0.00 | 0.00 |
| 4933 · Roll Off Revenue - North | 118,631.67 | 131,208.81 | 131,208.81 |
| 4987 · Recycling Tax Credit | 5,244.16 | 4,996.98 | 4,555.03 |
| 4989 · Miscellaneous Income | | | |
|    4900 · Revenue - Extras | 0.00 | 259.96 | 41,540.04 |
|    4989 · Miscellaneous Income - Other | 22,365.93 | 17,624.90 | 34,440.50 |
| Total 4989 · Miscellaneous Income | 22,365.93 | 17,884.86 | 75,980.54 |
| 4998 · Sales - Credit | -1,610.91 | -3,393.30 | -1,429.90 |
| 6666 · Misc | 101,000.00 | -20,000.00 | 0.00 |
| **Total Income** | 964,714.66 | 857,192.06 | 950,872.82 |
| **Cost of Goods Sold** | | | |

Case 3:17-cv-03471-MAS-TJB   Document 51-12   Filed 11/16/18   Page 10 of 20 PageID: 2103

CONFIDENTIAL
FUT001900

1:23 PM
01/08/18
Accrual Basis

# Future Sanitation, Inc.
## Profit & Loss
### January through December 2015

|  | Jul 15 | Aug 15 | Sep 15 |
|---|---:|---:|---:|
| **5034 North Drivers Front End** | 4,826.00 | 3,520.00 | 5,384.00 |
| **5035 North Drivers Front End OT** | 4,059.00 | 3,291.75 | 4,089.00 |
| **5036 North Lifter** | 77,526.25 | 62,070.13 | 77,531.25 |
| **5037 North Lifter OT** | 28,624.28 | 20,426.74 | 28,660.28 |
| **5038 North Muni Driver** | 45,143.50 | 42,654.25 | 45,124.50 |
| **5039 North Muni Driver OT** | 18,250.57 | 11,460.82 | 18,259.57 |
| **5040 North Mechanic** | 19,920.00 | 18,496.00 | 19,925.00 |
| **5041 North Mechanic OT** | 10,937.69 | 9,718.91 | 10,987.69 |
| **5042 North Roll Off** | 15,834.75 | 12,722.00 | 15,869.75 |
| **5043 North Roll Off OT** | 7,461.04 | 5,444.66 | 7,491.04 |
| **5044 South Lifter** | 39,625.25 | 31,132.00 | 39,557.25 |
| **5045 South Lifter OT** | 6,724.18 | 3,335.29 | 6,924.18 |
| **5046 South Muni Driver** | 48,496.95 | 34,444.96 | 48,601.95 |
| **5047 South Muni Driver OT** | 13,874.67 | 8,763.79 | 13,894.67 |
| **5048 South Mechanic** | 15,210.50 | 13,135.51 | 15,215.50 |
| **5050 South Roll Off** | 17,735.04 | 11,608.90 | 17,769.04 |
| **5051 South Roll Off OT** | 5,463.77 | 3,494.26 | 5,469.77 |
| **5052 Payroll Taxes North Cogs** | 26,969.44 | 19,265.67 | 26,969.44 |
| **5053 Workers Comp North Cogs** | 34,631.33 | 28,256.66 | 36,438.00 |
| **5054 Worker Comp South Cogs** | 21,886.32 | 17,842.01 | 19,050.00 |
| **5055 Payroll Tax South Cogs** | 17,021.21 | 10,791.59 | 18,250.00 |
| **5000 · Disposal Cost** | 71,799.25 | 61,611.06 | 79,791.18 |
| **5003 · Municipal Disposal** | 0.00 | 0.00 | 0.00 |
| **5004 · Disposal - North** | 47,735.09 | 80,470.83 | 85,487.53 |
| **5030 · Labor Cost** | 0.00 | 0.00 | 0.00 |
| **5042 · Casual Labor** | 1,518.00 | 150.00 | 0.00 |
| **5049 · 5049 South Mechanic OT** | 968.63 | 843.38 | 967.63 |
| **5050 · Fuel Cost** | 33,119.52 | 25,916.09 | 25,202.78 |
| **5051 · Fuel Cost - North** | 23,002.98 | 19,866.46 | 26,395.00 |
| **5062 · Subcontractor-Hauler** | 0.00 | 0.00 | 0.00 |
| **5063 · Equipment Rental** | 1,500.00 | 0.00 | 0.00 |
| **5245 · Tolls** | 2,000.00 | 2,005.50 | 1,000.00 |
| **Total COGS** | 661,865.21 | 562,739.22 | 700,306.00 |
| **Gross Profit** | 302,849.45 | 294,452.84 | 250,566.82 |
| **Expense** | | | |
| **6125 - Charge Card Discount Fee** | 0.00 | -507.37 | 0.00 |
| **6487 - Payroll Processing Fees** | 13,038.13 | 10,375.81 | 13,038.13 |
| **6527 Route Expense** | 0.00 | 0.00 | 0.00 |
| **5060 · R&M - Equip & Vehicle** | 50,681.22 | 50,694.73 | 103,816.49 |
| **5090 · Small Tools & Supplies** | 2,111.04 | 900.00 | 473.36 |
| **5100 · Tire Expense** | 13,196.01 | 1,131.36 | 3,620.80 |
| **5200 · Commission Expense** | 0.00 | 0.00 | 0.00 |
| **5456 · Towing** | 3,522.30 | 3,632.80 | 1,520.00 |
| **6033 · Uniforms** | 0.00 | 580.35 | 275.08 |
| **6120 · Bank Service Charges** | 2,275.97 | 1,759.49 | 2,467.22 |

## Future Sanitation, Inc.
## Profit & Loss
### January through December 2015

| | Jul 15 | Aug 15 | Sep 15 |
|---|---:|---:|---:|
| **6121 · Cleaning Expense** | 0.00 | 0.00 | 0.00 |
| **6140 · Contributions** | 0.00 | 0.00 | 0.00 |
| **6160 · Dues and Subscriptions** | 0.00 | 0.00 | 0.00 |
| **6180 · Insurance Expense** | | | |
|     **5043 · Health Insurance** | 11,800.00 | 10,765.00 | 0.00 |
|     **6181 · Life Insurance** | 0.00 | 0.00 | 0.00 |
|     **6184 · Bond Expense** | 0.00 | 0.00 | 0.00 |
|     **6185 · Insurance - G/L & Auto** | 5,250.00 | 5,000.00 | 0.00 |
|     **6186 · Auto Insurance** | 44,170.09 | 45,148.51 | 11,705.46 |
|     **6188 · Disability & Unemp Insurance** | 2,224.74 | 535.00 | 1,280.88 |
|     **6189 · Insurance - Health** | 0.00 | 0.00 | 0.00 |
|     **6180 · Insurance Expense - Other** | 2,049.97 | 30,576.27 | 57,074.26 |
| **Total 6180 · Insurance Expense** | 65,494.80 | 92,024.78 | 70,060.60 |
| **6230 · Licenses and Permits** | 15,613.50 | 1,577.50 | 3,785.00 |
| **6250 · Postage and Delivery** | 396.00 | 865.43 | 739.00 |
| **6260 · Printing and Reproduction** | 701.26 | 0.00 | 358.45 |
| **6266 · DEP Fee** | 0.00 | 0.00 | 0.00 |
| **6270 · Professional Fees** | 0.00 | 0.00 | 2,000.00 |
| **6290 · Rent** | 23,333.40 | 10,844.10 | 4,740.74 |
| **6320 · Computer Expense** | 54.99 | 54.99 | 54.99 |
| **6322 · Testing Expense** | 312.00 | 232.00 | 0.00 |
| **6340 · Telephone** | 7,840.08 | 8,172.17 | 7,079.98 |
| **6350 · Entertainment & Meals** | 2,290.70 | 710.77 | 648.77 |
| **6380 · Travel Expense** | 13,257.93 | 7,993.79 | 1,096.50 |
| **6390 · Utilities** | 2,993.82 | 3,636.85 | 952.69 |
| **6485 · Office Expense** | 40.86 | 3,849.16 | 241.19 |
| **6525 · CC Fees Expense** | 2,134.03 | 6,006.65 | 2,449.20 |
| **6544 · Lease Expense** | 1,910.41 | 906.35 | 445.24 |
| **6550 · G&A Employee Cost** | | | |
|     **6551 Office Salary North** | 11,884.60 | 9,507.68 | 11,889.60 |
|     **6552 Office Salary South** | 35,551.88 | 32,226.46 | 35,809.90 |
|     **6553 Payroll Tax North** | 1,432.10 | 1,145.68 | 1,432.10 |
|     **6554 Payroll Tax South** | 2,918.96 | 2,750.30 | 2,918.96 |
|     **6560 Office Workers Comp North** | 807.59 | 27.60 | 0.00 |
|     **6561 Workers Comp Office South** | 945.21 | 1,756.55 | 3,986.00 |
|     **6557 · Salaries - Salesmen** | 6,470.00 | 7,550.04 | 6,470.00 |
|     **6569 · Reimbursed Employee Expense-G&A** | 0.00 | 0.00 | 1,924.50 |
|     **6550 · G&A Employee Cost - Other** | 0.00 | 0.00 | 774.20 |
| **Total 6550 · G&A Employee Cost** | 60,010.34 | 54,964.31 | 65,205.26 |
| **6630 · Collection Service Fee** | 0.00 | 0.00 | 0.00 |
| **6645 · Advertising Expense** | 0.00 | 0.00 | 0.00 |
| **6655 · Legal Fees** | 5,000.00 | 630.00 | 4,050.00 |
| **66900 · Reconciliation Discrepancies** | -0.08 | 0.00 | 0.00 |
| **6735 · Data Process** | 150.00 | 0.00 | 0.00 |
| **6785 · Inspection Expense** | 0.00 | 0.00 | 0.00 |

Case 3:17-cv-03471-MAS-TJB Document 51-13 Filed 11/16/18 Page 12 of 20 PageID: 2105

CONFIDENTIAL
FUT001902

01/08/18
C23 PM
Accrual Basis

# Future Sanitation, Inc.
## Profit & Loss
### January through December 2015

|  | Jul 15 | Aug 15 | Sep 15 |
|---|---:|---:|---:|
| **6820 · Taxes** | | | |
| 6860 · State | 0.00 | 0.00 | 0.00 |
| 6865 · Heavy Vehicle Use Tax | 6,150.00 | 0.00 | 718.00 |
| 6820 · Taxes - Other | 0.00 | 4,510.63 | 0.00 |
| **Total 6820 · Taxes** | 6,150.00 | 4,510.63 | 718.00 |
| 6885 · Admin Fee | 25.00 | 0.00 | 25.00 |
| **6999 · Miscellaneous Expenses** | | | |
| 2012 · Chase Credit Card Payment | 0.00 | 0.00 | 0.00 |
| 6999 · Miscellaneous Expenses - Other | 903.96 | 276.10 | 0.00 |
| **Total 6999 · Miscellaneous Expenses** | 903.96 | 276.10 | 0.00 |
| 8855 · Late Fee | 115.73 | 111.17 | 120.63 |
| **Total Expense** | 293,553.40 | 265,933.92 | 289,982.32 |
| **Net Ordinary Income** | 9,296.05 | 28,518.92 | -39,415.50 |
| **Other Income/Expense** | | | |
| **Other Income** | | | |
| 7010 · Interest Income | 0.00 | 0.00 | 0.00 |
| 7788 · Gain/Loss Sale or Trade Assets | 0.00 | 0.00 | 168,278.01 |
| **Total Other Income** | 0.00 | 0.00 | 168,278.01 |
| **Other Expense** | | | |
| 8500 Depreciation Straight Line | 54,793.00 | 54,793.00 | 54,793.00 |
| 7777 · Bad Debt Expense | 0.00 | 0.00 | 852.95 |
| 8010 · Other Expenses | 2,900.00 | 3,114.00 | 0.00 |
| 9150 · Depreciation Expense-Equipment | 0.00 | 0.00 | 0.00 |
| 9200 · Interest Expense | 20,720.00 | 24,050.00 | 20,750.00 |
| 9955 · Damage Expense | 0.00 | 0.00 | 0.00 |
| 9989 · Fines & Penalties | 1,000.00 | 800.00 | 2,253.87 |
| 9999 · Temporary Exchange Account | 0.00 | 0.00 | 0.00 |
| **Total Other Expense** | 79,413.00 | 82,757.00 | 78,649.82 |
| **Net Other Income** | -79,413.00 | -82,757.00 | 89,628.19 |
| **Net Income** | **-70,116.95** | **-54,238.08** | **50,212.69** |

Case 3:17-cv-03471-MAS-TJB    Document 51-12    Filed 11/16/18    Page 13 of 20 PageID: 2106

CONFIDENTIAL
FUT001903

2:23 PM
01/08/18
Accrual Basis

# Future Sanitation, Inc.
## Profit & Loss
### January through December 2015

|  | Oct 15 | Nov 15 | Dec 15 |
|---|---:|---:|---:|
| **Ordinary Income/Expense** | | | |
| **Income** | | | |
| 4000 · Revenue - Roll Off | 160,411.36 | 146,176.05 | 149,801.27 |
| 4020 · Revenue - Commercial | 10,333.06 | 12,475.04 | 9,510.79 |
| 4021 · Ocean County Comm Route | 926.54 | 1,285.54 | 1,190.54 |
| 4030 · Revenue - Residential | 1,653.30 | 1,525.18 | 1,801.63 |
| 4800 · Revenue - Fuel Surcharge | 9.17 | 63.67 | 32.37 |
| 4850 · Revenue - Recycling Revenue | | | |
|    4990 · JFD - Rebate | 9,391.79 | 3,156.26 | 4,958.73 |
|    4850 · Revenue - Recycling Revenue - Other | 0.00 | 0.00 | 0.00 |
| Total 4850 · Revenue - Recycling Revenue | 9,391.79 | 3,156.26 | 4,958.73 |
| 4910 · Municpal Revenue | | | |
|    4930 Nutley North | 93,600.00 | 93,600.00 | 93,600.00 |
|    4931 Bloomfield North | 94,802.00 | 93,222.00 | 92,827.00 |
|    4932 Hillsdale North | 30,992.91 | 30,992.91 | 30,992.91 |
|    4933 Hawthorne North | 39,334.83 | 39,375.00 | 39,375.00 |
|    4934 Garfield North | 16,900.00 | 16,900.00 | 16,900.00 |
|    4935 Lodi Branch North | 0.00 | 0.00 | 0.00 |
|    4936 Rochelle Park North | 8,430.00 | 8,430.00 | 8,430.00 |
|    4937 Little Ferry North | 25,025.14 | 23,960.34 | 23,811.34 |
|    4938 Passaic BOE North | 15,490.00 | 15,490.00 | 15,490.00 |
|    4939 Monnachie North | 3,712.91 | 3,712.91 | 3,712.91 |
|    4914 · Keyport - Disposal Rev. | 1,760.87 | 0.00 | -0.10 |
|    4915 · Oceanport - Disposal Rev. | 0.00 | 0.00 | 0.00 |
|    4916 · Matawan - Disposal Rev. | 487.04 | 393.10 | 0.00 |
|    4919 · Manalapan - Disposal Rev. | 10,468.38 | 3,098.62 | 9,557.22 |
|    4922 · Holmdel - Contract Rev. | 7,319.58 | 7,319.58 | 7,319.58 |
|    4924 · Keyport - Contract Rev. | 17,625.00 | 17,625.00 | 17,625.00 |
|    4925 · Oceanport - Contract Rev. | 15,816.66 | 15,816.66 | 15,816.66 |
|    4926 · Matawan - Contract Rev. | 19,000.00 | 19,000.00 | 22,800.00 |
|    4929 · Manalapan - Contract Revenue | 113,523.82 | 112,295.00 | 113,045.00 |
|    4935 · Freehold - Contract Revenue | 30,334.00 | 30,334.00 | 2,499.00 |
|    4936 · Freehold - Disposal Revenue | 0.00 | 0.00 | 0.00 |
| Total 4910 · Municpal Revenue | 544,623.14 | 531,565.12 | 513,801.52 |
| 4932 · Municpal Revenue - North | 0.00 | 0.00 | 0.00 |
| 4933 · Roll Off Revenue - North | 109,199.23 | 105,154.74 | 101,418.09 |
| 4987 · Recycling Tax Credit | 4,353.96 | 3,230.73 | 6,230.56 |
| 4989 · Miscellaneous Income | | | |
|    4900 · Revenue - Extras | 25,182.21 | 18,520.22 | 9,981.07 |
|    4989 · Miscellaneous Income - Other | 43,350.93 | 34,349.99 | 116,533.86 |
| Total 4989 · Miscellaneous Income | 68,533.14 | 52,870.21 | 126,514.93 |
| 4998 · Sales - Credit | -820.47 | -1,152.09 | -21.39 |
| 6666 · Misc | 0.00 | 0.00 | 0.00 |
| **Total Income** | 908,614.22 | 856,350.45 | 915,239.04 |
| **Cost of Goods Sold** | | | |

Case 3:17-cv-03471-MAS-TJB   Document 51-12   Filed 11/16/18   Page 14 of 20 PageID: 2107

CONFIDENTIAL
FUT001904

1:23 PM
01/08/18
Accrual Basis

## Future Sanitation, Inc.
## Profit & Loss
### January through December 2015

|  | Oct 15 | Nov 15 | Dec 15 |
|---|---:|---:|---:|
| **5034 North Drivers Front End** | 7,006.50 | 4,800.00 | 4,826.00 |
| **5035 North Drivers Front End OT** | 3,306.38 | 5,059.00 | 4,059.00 |
| **5036 North Lifter** | 64,813.00 | 77,000.00 | 77,526.25 |
| **5037 North Lifter OT** | 7,665.82 | 29,925.00 | 28,624.28 |
| **5038 North Muni Driver** | 43,289.75 | 46,100.00 | 45,143.50 |
| **5039 North Muni Driver OT** | 5,650.90 | 19,155.00 | 18,250.57 |
| **5040 North Mechanic** | 17,760.00 | 15,650.00 | 19,920.00 |
| **5041 North Mechanic OT** | 8,934.78 | 9,837.00 | 10,937.69 |
| **5042 North Roll Off** | 12,439.75 | 14,835.00 | 15,834.75 |
| **5043 North Roll Off OT** | 1,945.15 | 6,525.00 | 7,461.04 |
| **5044 South Lifter** | 30,890.25 | 36,952.00 | 39,625.25 |
| **5045 South Lifter OT** | 3,290.53 | 6,850.00 | 6,724.18 |
| **5046 South Muni Driver** | 33,710.96 | 47,525.00 | 48,496.95 |
| **5047 South Muni Driver OT** | 5,180.63 | 13,255.00 | 13,874.67 |
| **5048 South Mechanic** | 13,611.20 | 12,350.00 | 15,210.50 |
| **5050 South Roll Off** | 15,794.51 | 15,370.00 | 17,735.04 |
| **5051 South Roll Off OT** | 2,892.75 | 5,255.00 | 5,463.77 |
| **5052 Payroll Taxes North Cogs** | 21,545.24 | 28,950.00 | 26,969.44 |
| **5053 Workers Comp North Cogs** | 27,192.14 | 38,955.00 | 35,438.92 |
| **5054 Worker Comp South Cogs** | 19,154.41 | 18,590.00 | 18,886.32 |
| **5055 Payroll Tax South Cogs** | 11,045.84 | 18,955.00 | 16,525.00 |
| **5000 · Disposal Cost** | 78,338.34 | 80,310.79 | 84,618.23 |
| **5003 · Municipal Disposal** | 0.00 | 0.00 | 0.00 |
| **5004 · Disposal - North** | 49,475.50 | 38,136.32 | 54,455.28 |
| **5030 · Labor Cost** | 0.00 | 724.00 | 0.00 |
| **5042 · Casual Labor** | 0.00 | 0.00 | 0.00 |
| **5049 · 5049 South Mechanic OT** | 1,951.51 | 860.00 | 968.63 |
| **5050 · Fuel Cost** | 35,384.69 | 20,219.46 | 20,520.10 |
| **5051 · Fuel Cost - North** | 41,335.45 | 19,255.00 | 18,656.00 |
| **5062 · Subcontractor-Hauler** | 0.00 | 0.00 | 0.00 |
| **5063 · Equipment Rental** | 0.00 | 0.00 | 0.00 |
| **5245 · Tolls** | 4,560.47 | 1,000.00 | 1,500.00 |
| **Total COGS** | 568,166.45 | 632,398.57 | 658,251.36 |
| **Gross Profit** | 340,447.77 | 223,951.88 | 256,987.68 |
| **Expense** | | | |
| 6125 - Charge Card Discount Fee | -1,674.56 | -658.51 | -407.88 |
| 6487 - Payroll Processing Fees | 10,130.44 | 14,038.00 | 13,038.13 |
| 6527 Route Expense | 0.00 | 0.00 | 0.00 |
| 5060 · R&M - Equip & Vehicle | 113,658.49 | 70,244.41 | 101,419.35 |
| 5090 · Small Tools & Supplies | 0.00 | 0.00 | 0.00 |
| 5100 · Tire Expense | 16,161.03 | 5,490.66 | 9,427.82 |
| 5200 · Commission Expense | 0.00 | 0.00 | 0.00 |
| 5456 · Towing | 5,801.05 | 2,288.75 | 3,233.55 |
| 6033 · Uniforms | 313.53 | 393.95 | 358.37 |
| 6120 · Bank Service Charges | 4,600.85 | 2,094.65 | 1,520.46 |

## Future Sanitation, Inc.
## Profit & Loss
### January through December 2015

| | Oct 15 | Nov 15 | Dec 15 |
|---|---:|---:|---:|
| 6121 · Cleaning Expense | 0.00 | 0.00 | 0.00 |
| 6140 · Contributions | 0.00 | 0.00 | 0.00 |
| 6160 · Dues and Subscriptions | 0.00 | 0.00 | 0.00 |
| 6180 · Insurance Expense | | | |
|     5043 · Health Insurance | 10,300.00 | 18,975.00 | 11,220.00 |
|     6181 · Life Insurance | 0.00 | 0.00 | 0.00 |
|     6184 · Bond Expense | 0.00 | 0.00 | 0.00 |
|     6185 · Insurance - G/L & Auto | 0.00 | 0.00 | 0.00 |
|     6186 · Auto Insurance | 4,040.16 | 31,163.24 | 54,701.80 |
|     6188 · Disability & Unemp Insurance | 0.00 | 0.00 | 1,244.88 |
|     6189 · Insurance - Health | 0.00 | 0.00 | 0.00 |
|     6180 · Insurance Expense - Other | 28,130.55 | 176.85 | 861.28 |
| Total 6180 · Insurance Expense | 42,470.71 | 50,315.09 | 68,027.96 |
| 6230 · Licenses and Permits | 393.50 | 250.00 | 73.10 |
| 6250 · Postage and Delivery | 759.88 | 105.00 | 245.00 |
| 6260 · Printing and Reproduction | 0.00 | 0.00 | 0.00 |
| 6266 · DEP Fee | 7,500.00 | 0.00 | 0.00 |
| 6270 · Professional Fees | 4,000.00 | 0.00 | 0.00 |
| 6290 · Rent | 24,155.28 | 11,493.39 | 23,650.00 |
| 6320 · Computer Expense | 1,082.71 | 787.21 | 74.98 |
| 6322 · Testing Expense | 0.00 | 0.00 | 0.00 |
| 6340 · Telephone | 6,347.33 | 6,343.67 | 5,325.20 |
| 6350 · Entertainment & Meals | 1,088.94 | 2,511.51 | 2,090.88 |
| 6380 · Travel Expense | 541.90 | 219.22 | 73.05 |
| 6390 · Utilities | 3,558.28 | 3,746.76 | 2,816.26 |
| 6485 · Office Expense | 257.12 | 1,557.18 | 293.44 |
| 6525 · CC Fees Expense | 1,537.33 | 1,227.56 | 899.21 |
| 6544 · Lease Expense | 445.24 | 445.24 | 445.24 |
| 6550 · G&A Employee Cost | | | |
|     6551 Office Salary North | 18,257.88 | 11,250.00 | 11,884.60 |
|     6552 Office Salary South | 19,274.00 | 18,905.00 | 16,300.98 |
|     6553 Payroll Tax North | 2,240.61 | 1,432.10 | 1,432.10 |
|     6554 Payroll Tax South | 4,641.82 | 2,918.96 | 2,918.96 |
|     6560 Office Workers Comp North | 52.98 | 0.00 | 0.00 |
|     6561 Workers Comp Office South | 837.71 | 3,945.21 | 3,945.21 |
|     6557 · Salaries - Salesmen | 0.00 | 6,470.00 | 6,470.00 |
|     6569 · Reimbursed Employee Expense-G&A | 2,464.74 | 0.00 | 1,675.00 |
|     6550 · G&A Employee Cost - Other | 446.60 | 109.60 | 225.60 |
| Total 6550 · G&A Employee Cost | 48,216.34 | 45,030.87 | 44,852.45 |
| 6630 · Collection Service Fee | 0.00 | 0.00 | 0.00 |
| 6645 · Advertising Expense | 25.00 | 0.00 | 0.00 |
| 6655 · Legal Fees | 13,450.35 | 3,000.00 | 0.00 |
| 66900 · Reconciliation Discrepancies | -272.85 | 0.14 | 0.00 |
| 6735 · Data Process | 0.00 | 0.00 | 0.00 |
| 6785 · Inspection Expense | 0.00 | 0.00 | 0.00 |

C23 PM
01/08/18
Accrual Basis

Case 3:17-cv-03471-MAS-TJB   Document 51-13   Filed 11/16/18   Page 16 of 20 PageID: 2109

CONFIDENTIAL
FUT001906

# Future Sanitation, Inc.
## Profit & Loss
### January through December 2015

|  | Oct 15 | Nov 15 | Dec 15 |
|---|---:|---:|---:|
| **6820 · Taxes** | | | |
|     6860 · State | 0.00 | 1,500.00 | 375.00 |
|     6865 · Heavy Vehicle Use Tax | 0.00 | 0.00 | 0.00 |
|     6820 · Taxes - Other | 0.00 | 0.00 | 0.00 |
| **Total 6820 · Taxes** | 0.00 | 1,500.00 | 375.00 |
| **6885 · Admin Fee** | 7.00 | 0.00 | 185.00 |
| **6999 · Miscellaneous Expenses** | | | |
|     2012 · Chase Credit Card Payment | 0.00 | 0.00 | 0.00 |
|     6999 · Miscellaneous Expenses - Other | -5,267.82 | 25.00 | 3,239.01 |
| **Total 6999 · Miscellaneous Expenses** | -5,267.82 | 25.00 | 3,239.01 |
| **8855 · Late Fee** | 22.71 | 25.00 | 5.00 |
| **Total Expense** | 299,309.78 | 222,474.75 | 281,260.58 |
| **Net Ordinary Income** | 41,137.99 | 1,477.13 | -24,272.90 |
| **Other Income/Expense** | | | |
|   Other Income | | | |
|     7010 · Interest Income | 0.00 | 0.00 | 0.00 |
|     7788 · Gain/Loss Sale or Trade Assets | 0.00 | 411,000.00 | 0.00 |
|   **Total Other Income** | 0.00 | 411,000.00 | 0.00 |
|   Other Expense | | | |
|     8500 Depreciation Straight Line | 0.00 | 0.00 | 0.00 |
|     7777 · Bad Debt Expense | 1,035.00 | 47.53 | 317.00 |
|     8010 · Other Expenses | 0.00 | 0.00 | 0.00 |
|     9150 · Depreciation Expense-Equipment | 54,560.00 | 56,350.00 | 56,350.00 |
|     9200 · Interest Expense | 41,500.00 | 24,050.00 | 24,050.00 |
|     9955 · Damage Expense | 0.00 | 0.00 | 0.00 |
|     9989 · Fines & Penalties | 2,000.00 | 4,511.23 | 368.50 |
|     9999 · Temporary Exchange Account | 0.00 | 0.00 | 0.00 |
|   **Total Other Expense** | 99,095.00 | 84,958.76 | 81,085.50 |
| **Net Other Income** | -99,095.00 | 326,041.24 | -81,085.50 |
| **Net Income** | **-57,957.01** | **327,518.37** | **-105,358.40** |

12:23 PM
01/08/18
Accrual Basis

Case 3:17-cv-03471-MAS-TJB   Document 51-12   Filed 11/16/18   Page 17 of 20 PageID: 2110

CONFIDENTIAL
FUT001907

# Future Sanitation, Inc.
## Profit & Loss
### January through December 2015

| | TOTAL |
|---|---:|
| **Ordinary Income/Expense** | |
| **Income** | |
| 4000 · Revenue - Roll Off | 1,852,359.81 |
| 4020 · Revenue - Commercial | 120,270.29 |
| 4021 · Ocean County Comm Route | 6,772.86 |
| 4030 · Revenue - Residential | 18,252.30 |
| 4800 · Revenue - Fuel Surcharge | 379.55 |
| 4850 · Revenue - Recycling Revenue | |
|     4990 · JFD - Rebate | 17,540.98 |
|     4850 · Revenue - Recycling Revenue - Other | 9,106.08 |
| Total 4850 · Revenue - Recycling Revenue | 26,647.06 |
| 4910 · Municpal Revenue | |
|     4930 Nutley North | 1,049,700.00 |
|     4931 Bloomfield North | 1,128,284.00 |
|     4932 Hillsdale North | 371,914.92 |
|     4933 Hawthorne North | 472,459.83 |
|     4934 Garfield North | 202,800.00 |
|     4935 Lodi Branch North | 268,612.08 |
|     4936 Rochelle Park North | 101,160.00 |
|     4937 Little Ferry North | 298,894.46 |
|     4938 Passaic BOE North | 153,801.50 |
|     4939 Monnachie North | 44,329.92 |
|     4914 · Keyport - Disposal Rev. | 76,689.41 |
|     4915 · Oceanport - Disposal Rev. | 0.00 |
|     4916 · Matawan - Disposal Rev. | 110,791.65 |
|     4919 · Manalapan - Disposal Rev. | 663,791.31 |
|     4922 · Holmdel - Contract Rev. | 87,834.96 |
|     4924 · Keyport - Contract Rev. | 230,098.40 |
|     4925 · Oceanport - Contract Rev. | 223,290.75 |
|     4926 · Matawan - Contract Rev. | 250,800.00 |
|     4929 · Manalapan - Contract Revenue | 1,359,530.42 |
|     4935 · Freehold - Contract Revenue | 366,507.00 |
|     4936 · Freehold - Disposal Revenue | 17,583.34 |
| Total 4910 · Municpal Revenue | 7,478,873.95 |
| 4932 · Municpal Revenue - North | -75,552.00 |
| 4933 · Roll Off Revenue - North | 1,124,861.80 |
| 4987 · Recycling Tax Credit | 84,228.66 |
| 4989 · Miscellaneous Income | |
|     4900 · Revenue - Extras | 203,815.37 |
|     4989 · Miscellaneous Income - Other | 492,405.26 |
| Total 4989 · Miscellaneous Income | 696,220.63 |
| 4998 · Sales - Credit | -17,837.09 |
| 6666 · Misc | 415,701.50 |
| **Total Income** | 11,731,179.32 |
| **Cost of Goods Sold** | |

Case 3:17-cv-03471-MAS-TJB   Document 51-13   Filed 11/16/18   Page 18 of 20 PageID: 2111

CONFIDENTIAL
FUT001908

C23 PM
01/08/18
Accrual Basis

# Future Sanitation, Inc.
## Profit & Loss
### January through December 2015

| | TOTAL |
|---|---:|
| **5034 North Drivers Front End** | 71,602.50 |
| **5035 North Drivers Front End OT** | 43,217.94 |
| **5036 North Lifter** | 855,265.26 |
| **5037 North Lifter OT** | 216,509.63 |
| **5038 North Muni Driver** | 543,955.75 |
| **5039 North Muni Driver OT** | 146,843.10 |
| **5040 North Mechanic** | 229,514.75 |
| **5041 North Mechanic OT** | 125,078.09 |
| **5042 North Roll Off** | 170,966.50 |
| **5043 North Roll Off OT** | 56,079.70 |
| **5044 South Lifter** | 428,913.88 |
| **5045 South Lifter OT** | 75,390.11 |
| **5046 South Muni Driver** | 486,219.25 |
| **5047 South Muni Driver OT** | 133,730.81 |
| **5048 South Mechanic** | 170,766.17 |
| **5050 South Roll Off** | 211,704.45 |
| **5051 South Roll Off OT** | 65,089.37 |
| **5052 Payroll Taxes North Cogs** | 294,101.09 |
| **5053 Workers Comp North Cogs** | 380,475.55 |
| **5054 Worker Comp South Cogs** | 238,857.78 |
| **5055 Payroll Tax South Cogs** | 187,513.70 |
| **5000 · Disposal Cost** | 836,184.10 |
| **5003 · Municipal Disposal** | 929,844.83 |
| **5004 · Disposal - North** | 652,113.75 |
| **5030 · Labor Cost** | 74,464.62 |
| **5042 · Casual Labor** | 8,887.84 |
| **5049 · 5049 South Mechanic OT** | 21,457.24 |
| **5050 · Fuel Cost** | 360,182.86 |
| **5051 · Fuel Cost - North** | 338,108.20 |
| **5062 · Subcontractor-Hauler** | 26,968.56 |
| **5063 · Equipment Rental** | 1,500.00 |
| **5245 · Tolls** | 22,065.97 |
| **Total COGS** | 8,403,573.35 |
| **Gross Profit** | 3,327,605.97 |
| **Expense** | |
| **6125 - Charge Card Discount Fee** | -3,248.32 |
| **6487 - Payroll Processing Fees** | 143,612.48 |
| **6527 Route Expense** | 15.00 |
| **5060 · R&M - Equip & Vehicle** | 813,553.82 |
| **5090 · Small Tools & Supplies** | 15,646.01 |
| **5100 · Tire Expense** | 91,394.71 |
| **5200 · Commission Expense** | 440.00 |
| **5456 · Towing** | 30,469.10 |
| **6033 · Uniforms** | 5,167.21 |
| **6120 · Bank Service Charges** | 23,023.22 |

C23 PM
01/08/18
Accrual Basis

Case 3:17-cv-03471-MAS-TJB   Document 51-12   Filed 11/16/18   Page 19 of 20 PageID: 2112
CONFIDENTIAL
FUT001909

# Future Sanitation, Inc.
## Profit & Loss
### January through December 2015

|  | TOTAL |
|---|---:|
| 6121 · Cleaning Expense | 200.00 |
| 6140 · Contributions | 100.00 |
| 6160 · Dues and Subscriptions | 500.00 |
| 6180 · Insurance Expense | |
|     5043 · Health Insurance | 142,557.80 |
|     6181 · Life Insurance | 558.76 |
|     6184 · Bond Expense | 22,300.00 |
|     6185 · Insurance - G/L & Auto | 164,632.83 |
|     6186 · Auto Insurance | 238,412.48 |
|     6188 · Disability & Unemp Insurance | 8,428.94 |
|     6189 · Insurance - Health | 227.42 |
|     6180 · Insurance Expense - Other | 214,635.12 |
| Total 6180 · Insurance Expense | 791,753.35 |
| 6230 · Licenses and Permits | 86,683.33 |
| 6250 · Postage and Delivery | 5,417.30 |
| 6260 · Printing and Reproduction | 1,809.61 |
| 6266 · DEP Fee | 7,500.00 |
| 6270 · Professional Fees | 6,000.00 |
| 6290 · Rent | 214,383.91 |
| 6320 · Computer Expense | 9,678.99 |
| 6322 · Testing Expense | 963.80 |
| 6340 · Telephone | 75,456.14 |
| 6350 · Entertainment & Meals | 14,426.46 |
| 6380 · Travel Expense | 39,529.89 |
| 6390 · Utilities | 43,986.44 |
| 6485 · Office Expense | 13,338.01 |
| 6525 · CC Fees Expense | 28,624.13 |
| 6544 · Lease Expense | 8,865.65 |
| 6550 · G&A Employee Cost | |
|     6551 Office Salary North | 173,124.48 |
|     6552 Office Salary South | 384,498.76 |
|     6553 Payroll Tax North | 20,552.67 |
|     6554 Payroll Tax South | 49,375.64 |
|     6560 Office Workers Comp North | 1,161.68 |
|     6561 Workers Comp Office South | 21,300.20 |
|     6557 · Salaries - Salesmen | 74,355.73 |
|     6569 · Reimbursed Employee Expense-G&A | 41,427.34 |
|     6550 · G&A Employee Cost - Other | 15,900.85 |
| Total 6550 · G&A Employee Cost | 781,697.35 |
| 6630 · Collection Service Fee | 855.00 |
| 6645 · Advertising Expense | 25.00 |
| 6655 · Legal Fees | 34,630.35 |
| 66900 · Reconciliation Discrepancies | -292.85 |
| 6735 · Data Process | 150.00 |
| 6785 · Inspection Expense | 1,024.28 |

1:23 PM
01/08/18
Accrual Basis

Case 3:17-cv-03471-MAS-TJB   Document 51-13   Filed 11/16/18   Page 20 of 20 PageID: 2113

CONFIDENTIAL
FUT001910

# Future Sanitation, Inc.
## Profit & Loss
### January through December 2015

|  | TOTAL |
|---|---:|
| **6820 · Taxes** | |
|     6860 · State | 1,991.73 |
|     6865 · Heavy Vehicle Use Tax | 9,648.00 |
|     6820 · Taxes - Other | 12,777.93 |
| **Total 6820 · Taxes** | 24,417.66 |
| **6885 · Admin Fee** | 912.00 |
| **6999 · Miscellaneous Expenses** | |
|     2012 · Chase Credit Card Payment | 2,963.56 |
|     6999 · Miscellaneous Expenses - Other | 113,012.83 |
| **Total 6999 · Miscellaneous Expenses** | 115,976.39 |
| **8855 · Late Fee** | 890.24 |
| **Total Expense** | 3,429,575.66 |
| **Net Ordinary Income** | -101,969.69 |
| **Other Income/Expense** | |
|   Other Income | |
|     7010 · Interest Income | -1,600.00 |
|     7788 · Gain/Loss Sale or Trade Assets | 579,278.01 |
|   **Total Other Income** | 577,678.01 |
|   Other Expense | |
|     8500 Depreciation Straight Line | 469,228.00 |
|     7777 · Bad Debt Expense | 2,252.48 |
|     8010 · Other Expenses | 7,006.60 |
|     9150 · Depreciation Expense-Equipment | 167,260.00 |
|     9200 · Interest Expense | 202,302.37 |
|     9955 · Damage Expense | 70.62 |
|     9989 · Fines & Penalties | 13,521.11 |
|     9999 · Temporary Exchange Account | -23,152.54 |
|   **Total Other Expense** | 838,488.64 |
| **Net Other Income** | -260,810.63 |
| **Net Income** | **-362,780.32** |