1:18 PM
01/08/18
Accrual Basis

Case 3:17-cv-03471-MAS-TJB   Document 51-14   Filed 11/16/18   Page 1 of 15 PageID: 2114

CONFIDENTIAL
FUT001931

# Future Sanitation, Inc.
## Profit & Loss
### January through December 2016

|  | Jan 16 | Feb 16 | Mar 16 |
|---|---:|---:|---:|
| **Ordinary Income/Expense** | | | |
| **Income** | | | |
| 4000 · Revenue - Roll Off | 146,411.30 | 168,560.67 | 168,349.66 |
| 4020 · Revenue - Commercial | 14,730.76 | 13,330.10 | 12,405.50 |
| 4021 · Ocean County Comm Route | 0.00 | 2,461.08 | 264.00 |
| 4030 · Revenue - Residential | 1,941.99 | 1,351.88 | 71.97 |
| 4800 · Revenue - Fuel Surcharge | 12.65 | 13.13 | 11.52 |
| 4850 · Revenue - Recycling Revenue | | | |
|     4990 · JFD - Rebate | 0.00 | 8.19 | 0.00 |
|     4850 · Revenue - Recycling Revenue - Other | 6,876.76 | 2,555.97 | 0.00 |
| Total 4850 · Revenue - Recycling Revenue | 6,876.76 | 2,564.16 | 0.00 |
| 4910 · Municpal Revenue | | | |
|     4930 Nutley North | 93,600.00 | 0.00 | 0.00 |
|     4931 Bloomfield North | 98,197.00 | 0.00 | 0.00 |
|     4932 Hillsdale North | 30,992.91 | 0.00 | 0.00 |
|     4933 Hawthorne North | 39,375.00 | 0.00 | 0.00 |
|     4934 Garfield North | 16,900.00 | 0.00 | 0.00 |
|     4936 Rochelle Park North | 8,430.00 | 0.00 | 0.00 |
|     4937 Little Ferry North | 37,964.34 | 0.00 | 0.00 |
|     4938 Passaic BOE North | -3,703.22 | 0.00 | 0.00 |
|     4939 Monnachie North | 3,712.91 | 0.00 | 0.00 |
|     4914 · Keyport - Disposal Rev. | 15,774.46 | 13,161.98 | 14,850.59 |
|     4916 · Matawan - Disposal Rev. | 21,245.33 | 7,550.38 | 0.00 |
|     4919 · Manalapan - Disposal Rev. | 91,941.54 | 17,239.10 | 0.00 |
|     4922 · Holmdel - Contract Rev. | 7,319.58 | 7,319.58 | 7,319.58 |
|     4924 · Keyport - Contract Rev. | 0.00 | 17,625.00 | 17,625.00 |
|     4925 · Oceanport - Contract Rev. | 0.00 | 16,166.66 | 16,166.66 |
|     4926 · Matawan - Contract Rev. | 0.00 | 11,400.00 | 0.00 |
|     4929 · Manalapan - Contract Revenue | 113,802.06 | 10,750.00 | 0.00 |
| Total 4910 · Municpal Revenue | 575,551.91 | 101,212.70 | 55,961.83 |
| 4933 · Roll Off Revenue - North | 131,208.81 | 0.00 | 0.00 |
| 4987 · Recycling Tax Credit | 4,553.77 | 946.36 | 398.70 |
| 4989 · Miscellaneous Income | | | |
|     4900 · Revenue - Extras | 23,869.47 | 9,305.10 | 92,992.96 |
|     4989 · Miscellaneous Income - Other | 25,949.65 | 10,331.54 | 18,533.46 |
| Total 4989 · Miscellaneous Income | 49,819.12 | 19,636.64 | 111,526.42 |
| 4998 · Sales - Credit | -1,050.00 | -160.46 | -1,033.48 |
| **Total Income** | 930,057.07 | 309,916.26 | 347,956.12 |
| **Cost of Goods Sold** | | | |
| 5000 · Disposal Cost | 37,832.14 | 70,017.52 | 89,186.11 |
| 5004 · Disposal - North | 23,405.58 | 21,387.12 | 7,500.00 |
| 5030 · Labor Cost | 0.00 | 0.00 | 0.00 |
| 5050 · Fuel Cost | 20,670.32 | 9,428.73 | 17,388.49 |
| 5245 · Tolls | 0.00 | 0.00 | 6.00 |
| **Total COGS** | 81,908.04 | 100,833.37 | 114,080.60 |

1:18 PM
01/08/18
Accrual Basis

Case 3:17-cv-03471-MAS-TJB   Document 51-14   Filed 11/16/18   Page 2 of 15 PageID: 2115

CONFIDENTIAL
FUT004932

# Future Sanitation, Inc.
## Profit & Loss
### January through December 2016

|  | Jan 16 | Feb 16 | Mar 16 |
|---|---:|---:|---:|
| **Gross Profit** | 848,149.03 | 209,082.89 | 233,875.52 |
| **Expense** | | | |
| 6125 · Charge Card Discount Fee | -381.02 | 0.00 | 0.00 |
| 5060 · R&M - Equip & Vehicle | 26,556.28 | 16,758.63 | 17,513.19 |
| 5090 · Small Tools & Supplies | 0.00 | 0.00 | -2.50 |
| 5100 · Tire Expense | 6,558.66 | 0.00 | 650.63 |
| 5456 · Towing | 1,326.25 | 405.00 | 270.00 |
| 6033 · Uniforms | 314.55 | 273.28 | 379.99 |
| 6120 · Bank Service Charges | 13,450.12 | 265.00 | 0.00 |
| 6121 · Cleaning Expense | 450.00 | 0.00 | 0.00 |
| 6180 · Insurance Expense | | | |
|     5043 · Health Insurance | 522.79 | 8,810.00 | 9,330.00 |
|     6184 · Bond Expense | 0.00 | 878.35 | 0.00 |
|     6186 · Auto Insurance | 4,838.92 | 0.00 | 0.00 |
|     6188 · Disability & Unemp Insurance | 0.00 | 1,708.41 | 0.00 |
|     6180 · Insurance Expense - Other | 51,652.98 | 2,208.62 | 1,566.58 |
| Total 6180 · Insurance Expense | 57,014.69 | 13,605.38 | 10,896.58 |
| 6230 · Licenses and Permits | 5,694.70 | 0.00 | 5,252.50 |
| 6250 · Postage and Delivery | 98.00 | 245.00 | 539.00 |
| 6260 · Printing and Reproduction | 663.81 | 0.00 | 0.00 |
| 6290 · Rent | 6,991.48 | 5,064.10 | 4,938.96 |
| 6320 · Computer Expense | 361.82 | 474.68 | 54.99 |
| 6340 · Telephone | 7,930.84 | 6,358.50 | 5,180.50 |
| 6350 · Entertainment & Meals | 930.46 | 0.00 | 0.00 |
| 6380 · Travel Expense | 73.05 | 0.00 | 0.00 |
| 6390 · Utilities | 9,451.13 | 2,929.42 | 744.13 |
| 6485 · Office Expense | 787.60 | 31.98 | 277.67 |
| 6525 · CC Fees Expense | 1,497.33 | 1,624.79 | 6,125.52 |
| 6544 · Lease Expense | 445.24 | 0.00 | 0.00 |
| 6550 · G&A Employee Cost | | | |
|     6569 · Reimbursed Employee Expense-G&A | 0.00 | 0.00 | 0.00 |
|     6550 · G&A Employee Cost - Other | 98.60 | 207.00 | 515.20 |
| Total 6550 · G&A Employee Cost | 98.60 | 207.00 | 515.20 |
| 6650 · Accounting | 0.00 | 0.00 | 0.00 |
| 6655 · Legal Fees | 3,000.00 | 0.00 | 10,000.00 |
| 6755 · Security Expense | 0.00 | 882.75 | 0.00 |
| 6820 · Taxes | | | |
|     6830 · Federal | 0.00 | 3,000.00 | 0.00 |
|     6820 · Taxes - Other | 0.00 | 0.00 | 0.00 |
| Total 6820 · Taxes | 0.00 | 3,000.00 | 0.00 |
| 6885 · Admin Fee | 1.00 | 7.00 | 0.00 |
| 6999 · Miscellaneous Expenses | | | |
|     2012 · Chase Credit Card Payment | 2,900.00 | 2,600.00 | 0.00 |
|     6999 · Miscellaneous Expenses - Other | 25,944.47 | 31,401.06 | 149,789.87 |
| Total 6999 · Miscellaneous Expenses | 28,844.47 | 34,001.06 | 149,789.87 |

1:18 PM
01/08/18
Accrual Basis

Case 3:17-cv-03471-MAS-TJB   Document 51-14   Filed 11/16/18   Page 3 of 15 PageID: 2116

CONFIDENTIAL
FUT004933

# Future Sanitation, Inc.
## Profit & Loss
### January through December 2016

|  | Jan 16 | Feb 16 | Mar 16 |
|---|---:|---:|---:|
| Total Expense | 172,159.06 | 86,133.57 | 213,126.23 |
| **Net Ordinary Income** | 675,989.97 | 122,949.32 | 20,749.29 |
| Other Income/Expense | | | |
|   Other Expense | | | |
|     7777 · Bad Debt Expense | 130.60 | 0.00 | 0.00 |
|     8877 · Settlement-Disposal Cost | 0.00 | 0.00 | 0.00 |
|     9200 · Interest Expense | 3,300.00 | 0.00 | 0.00 |
|     9955 · Damage Expense | 1,464.00 | 0.00 | 0.00 |
|     9989 · Fines & Penalties | 3,145.50 | 2,025.17 | 0.00 |
|   Total Other Expense | 8,040.10 | 2,025.17 | 0.00 |
| **Net Other Income** | -8,040.10 | -2,025.17 | 0.00 |
| **Net Income** | **667,949.87** | **120,924.15** | **20,749.29** |

1:18 PM
01/08/18
Accrual Basis

Case 3:17-cv-03471-MAS-TJB   Document 51-14   Filed 11/16/18   Page 4 of 15 PageID: 2117

CONFIDENTIAL
FUT001934

# Future Sanitation, Inc.
## Profit & Loss
### January through December 2016

|  | Apr 16 | May 16 | Jun 16 |
|---|---:|---:|---:|
| **Ordinary Income/Expense** | | | |
| **Income** | | | |
|     4000 · Revenue - Roll Off | 178,652.44 | 197,980.39 | 169,867.29 |
|     4020 · Revenue - Commercial | 5,169.05 | 22,739.10 | 9,846.30 |
|     4021 · Ocean County Comm Route | 1,362.54 | 2,725.08 | 1,362.54 |
|     4030 · Revenue - Residential | 1,569.56 | 2,238.55 | 1,695.52 |
|     4800 · Revenue - Fuel Surcharge | 0.00 | 0.00 | 0.00 |
|     4850 · Revenue - Recycling Revenue | | | |
|         4990 · JFD - Rebate | 12.93 | 0.00 | 0.00 |
|         4850 · Revenue - Recycling Revenue - Other | 0.00 | 0.00 | 0.00 |
|     Total 4850 · Revenue - Recycling Revenue | 12.93 | 0.00 | 0.00 |
|     4910 · Municpal Revenue | | | |
|         4930 Nutley North | 0.00 | 0.00 | 0.00 |
|         4931 Bloomfield North | 0.00 | 0.00 | 0.00 |
|         4932 Hillsdale North | 0.00 | 0.00 | 0.00 |
|         4933 Hawthorne North | 0.00 | 0.00 | 0.00 |
|         4934 Garfield North | 0.00 | 0.00 | 0.00 |
|         4936 Rochelle Park North | 0.00 | 0.00 | 0.00 |
|         4937 Little Ferry North | 0.00 | 0.00 | 0.00 |
|         4938 Passaic BOE North | 0.00 | 0.00 | 0.00 |
|         4939 Monnachie North | 0.00 | 0.00 | 0.00 |
|         4914 · Keyport - Disposal Rev. | 15,063.15 | 13,710.82 | 16,553.50 |
|         4916 · Matawan - Disposal Rev. | 0.00 | 0.00 | 0.00 |
|         4919 · Manalapan - Disposal Rev. | 0.00 | 1,424.05 | 0.00 |
|         4922 · Holmdel - Contract Rev. | 7,319.58 | 7,319.58 | 7,319.58 |
|         4924 · Keyport - Contract Rev. | 17,625.00 | 35,250.00 | 17,625.00 |
|         4925 · Oceanport - Contract Rev. | 16,166.66 | 32,333.32 | 16,166.66 |
|         4926 · Matawan - Contract Rev. | 0.00 | 0.00 | 0.00 |
|         4929 · Manalapan - Contract Revenue | 0.00 | 0.00 | 0.00 |
|     Total 4910 · Municpal Revenue | 56,174.39 | 90,037.77 | 57,664.74 |
|     4933 · Roll Off Revenue - North | 0.00 | 0.00 | 0.00 |
|     4987 · Recycling Tax Credit | 846.33 | 1,499.66 | 779.34 |
|     4989 · Miscellaneous Income | | | |
|         4900 · Revenue - Extras | 14,593.73 | 8,471.83 | 16,839.34 |
|         4989 · Miscellaneous Income - Other | 7,413.81 | 7,231.18 | 6,687.75 |
|     Total 4989 · Miscellaneous Income | 22,007.54 | 15,703.01 | 23,527.09 |
|     4998 · Sales - Credit | -785.50 | -689.50 | -405.00 |
| **Total Income** | 265,009.28 | 332,234.06 | 264,337.82 |
| **Cost of Goods Sold** | | | |
|     5000 · Disposal Cost | 96,430.51 | 89,170.86 | 87,874.97 |
|     5004 · Disposal - North | 11,500.00 | 2,500.00 | 4,677.97 |
|     5030 · Labor Cost | 0.00 | 242.00 | 0.00 |
|     5050 · Fuel Cost | 8,402.33 | 13,794.73 | 14,947.41 |
|     5245 · Tolls | 0.00 | 0.00 | 0.00 |
| **Total COGS** | 116,332.84 | 105,707.59 | 107,500.35 |

1:18 PM
01/08/18
Accrual Basis

Case 3:17-cv-03471-MAS-TJB   Document 51-14   Filed 11/16/18   Page 5 of 15 PageID: 2118

CONFIDENTIAL
FUT004935

# Future Sanitation, Inc.
## Profit & Loss
### January through December 2016

|  | Apr 16 | May 16 | Jun 16 |
|---|---:|---:|---:|
| **Gross Profit** | 148,676.44 | 226,526.47 | 156,837.47 |
| **Expense** | | | |
| 6125 · Charge Card Discount Fee | 0.00 | 0.00 | 0.00 |
| 5060 · R&M - Equip & Vehicle | 16,427.99 | 10,841.69 | 3,401.34 |
| 5090 · Small Tools & Supplies | 0.00 | 0.00 | 0.00 |
| 5100 · Tire Expense | 774.63 | 0.00 | 0.00 |
| 5456 · Towing | 3,744.60 | 2,359.62 | 0.00 |
| 6033 · Uniforms | 459.89 | 165.88 | 0.00 |
| 6120 · Bank Service Charges | 0.00 | 0.00 | 0.00 |
| 6121 · Cleaning Expense | 0.00 | 0.00 | 0.00 |
| 6180 · Insurance Expense | | | |
|    5043 · Health Insurance | 7,625.00 | 7,625.00 | 6,960.00 |
|    6184 · Bond Expense | 0.00 | 0.00 | 0.00 |
|    6186 · Auto Insurance | 42,000.00 | 42,000.00 | 0.00 |
|    6188 · Disability & Unemp Insurance | 0.00 | 0.00 | 0.00 |
|    6180 · Insurance Expense - Other | 843.22 | 1,750.11 | 2,505.48 |
| Total 6180 · Insurance Expense | 50,468.22 | 51,375.11 | 9,465.48 |
| 6230 · Licenses and Permits | 0.00 | 2,934.50 | 0.00 |
| 6250 · Postage and Delivery | 94.00 | 0.00 | 188.00 |
| 6260 · Printing and Reproduction | 376.95 | 58.85 | 0.00 |
| 6290 · Rent | 4,500.00 | 4,886.85 | 5,222.33 |
| 6320 · Computer Expense | 0.00 | 54.99 | 54.99 |
| 6340 · Telephone | 2,033.98 | 2,789.80 | 995.68 |
| 6350 · Entertainment & Meals | 0.00 | 0.00 | 0.00 |
| 6380 · Travel Expense | 0.00 | 0.00 | 0.00 |
| 6390 · Utilities | 526.37 | 436.54 | 332.13 |
| 6485 · Office Expense | 10.00 | 0.00 | 0.00 |
| 6525 · CC Fees Expense | 1,684.36 | 1,215.68 | 199.61 |
| 6544 · Lease Expense | 0.00 | 0.00 | 0.00 |
| 6550 · G&A Employee Cost | | | |
|    6569 · Reimbursed Employee Expense-G&A | 194.50 | 0.00 | 0.00 |
|    6550 · G&A Employee Cost - Other | 167.60 | 116.20 | 176.20 |
| Total 6550 · G&A Employee Cost | 362.10 | 116.20 | 176.20 |
| 6650 · Accounting | 0.00 | 0.00 | 0.00 |
| 6655 · Legal Fees | 0.00 | 0.00 | 0.00 |
| 6755 · Security Expense | 0.00 | 0.00 | 0.00 |
| 6820 · Taxes | | | |
|    6830 · Federal | 0.00 | 0.00 | 0.00 |
|    6820 · Taxes - Other | 0.00 | -887.60 | 0.00 |
| Total 6820 · Taxes | 0.00 | -887.60 | 0.00 |
| 6885 · Admin Fee | 0.00 | 0.00 | 0.00 |
| 6999 · Miscellaneous Expenses | | | |
|    2012 · Chase Credit Card Payment | 0.00 | 0.00 | 0.00 |
|    6999 · Miscellaneous Expenses - Other | 84,427.04 | 88,780.27 | 63,327.02 |
| Total 6999 · Miscellaneous Expenses | 84,427.04 | 88,780.27 | 63,327.02 |

1:18 PM
01/08/18
Accrual Basis

Case 3:17-cv-03471-MAS-TJB   Document 51-14   Filed 11/16/18   Page 6 of 15 PageID: 2119

CONFIDENTIAL
FUT001936

# Future Sanitation, Inc.
## Profit & Loss
### January through December 2016

|  | Apr 16 | May 16 | Jun 16 |
|---|---:|---:|---:|
| **Total Expense** | 165,890.13 | 165,128.38 | 83,362.78 |
| **Net Ordinary Income** | -17,213.69 | 61,398.09 | 73,474.69 |
| **Other Income/Expense** | | | |
|   **Other Expense** | | | |
|     7777 · Bad Debt Expense | 19.62 | 0.00 | 0.00 |
|     8877 · Settlement-Disposal Cost | 0.00 | 0.00 | 0.00 |
|     9200 · Interest Expense | 0.00 | 3,300.00 | 3,300.00 |
|     9955 · Damage Expense | 0.00 | 0.00 | 0.00 |
|     9989 · Fines & Penalties | 0.00 | 0.00 | 0.00 |
|   **Total Other Expense** | 19.62 | 3,300.00 | 3,300.00 |
| **Net Other Income** | -19.62 | -3,300.00 | -3,300.00 |
| **Net Income** | **-17,233.31** | **58,098.09** | **70,174.69** |

1:18 PM
01/08/18
Accrual Basis

Case 3:17-cv-03471-MAS-TJB   Document 51-14   Filed 11/16/18   Page 7 of 15 PageID: 2120

CONFIDENTIAL
FUT001937

# Future Sanitation, Inc.
## Profit & Loss
### January through December 2016

| | Jul 16 | Aug 16 | Sep 16 |
|---|---:|---:|---:|
| **Ordinary Income/Expense** | | | |
| **Income** | | | |
| 4000 · Revenue - Roll Off | 167,846.11 | 227,632.53 | 202,905.82 |
| 4020 · Revenue - Commercial | 234.00 | 19,452.60 | 3,590.30 |
| 4021 · Ocean County Comm Route | 0.00 | 2,725.08 | 1,362.54 |
| 4030 · Revenue - Residential | 28.00 | 2,341.44 | 1,684.58 |
| 4800 · Revenue - Fuel Surcharge | 0.00 | 15.00 | 20.00 |
| 4850 · Revenue - Recycling Revenue | | | |
|     4990 · JFD - Rebate | 30.84 | 15.24 | 0.00 |
|     4850 · Revenue - Recycling Revenue - Other | 0.00 | 0.00 | 0.00 |
| Total 4850 · Revenue - Recycling Revenue | 30.84 | 15.24 | 0.00 |
| 4910 · Municpal Revenue | | | |
|     4930 Nutley North | 0.00 | 0.00 | 0.00 |
|     4931 Bloomfield North | 0.00 | 0.00 | 0.00 |
|     4932 Hillsdale North | 0.00 | 0.00 | 0.00 |
|     4933 Hawthorne North | 0.00 | 0.00 | 0.00 |
|     4934 Garfield North | 0.00 | 0.00 | 0.00 |
|     4936 Rochelle Park North | 0.00 | 0.00 | 0.00 |
|     4937 Little Ferry North | 0.00 | 0.00 | 0.00 |
|     4938 Passaic BOE North | 0.00 | 0.00 | 0.00 |
|     4939 Monnachie North | 0.00 | 0.00 | 0.00 |
|     4914 · Keyport - Disposal Rev. | 16,635.72 | 21,279.39 | 13,061.70 |
|     4916 · Matawan - Disposal Rev. | 0.00 | 0.00 | 0.00 |
|     4919 · Manalapan - Disposal Rev. | 0.00 | 0.00 | 0.00 |
|     4922 · Holmdel - Contract Rev. | 7,319.58 | 7,319.58 | 7,319.58 |
|     4924 · Keyport - Contract Rev. | 0.00 | 35,250.00 | 17,625.00 |
|     4925 · Oceanport - Contract Rev. | 7,124.32 | 32,333.32 | 16,166.66 |
|     4926 · Matawan - Contract Rev. | 0.00 | 0.00 | 0.00 |
|     4929 · Manalapan - Contract Revenue | 0.00 | 0.00 | 0.00 |
| Total 4910 · Municpal Revenue | 31,079.62 | 96,182.29 | 54,172.94 |
| 4933 · Roll Off Revenue - North | 0.00 | 0.00 | 0.00 |
| 4987 · Recycling Tax Credit | 739.41 | 833.55 | 438.78 |
| 4989 · Miscellaneous Income | | | |
|     4900 · Revenue - Extras | 14,726.82 | 9,727.67 | 2,519.95 |
|     4989 · Miscellaneous Income - Other | 3,931.91 | 10,783.86 | 18,290.85 |
| Total 4989 · Miscellaneous Income | 18,658.73 | 20,511.53 | 20,810.80 |
| 4998 · Sales - Credit | -1,483.00 | -6,395.04 | 12,815.65 |
| **Total Income** | 217,133.71 | 363,314.22 | 297,801.41 |
| **Cost of Goods Sold** | | | |
| 5000 · Disposal Cost | 76,397.42 | 78,041.61 | 52,475.95 |
| 5004 · Disposal - North | 5,000.00 | 17,000.00 | 7,500.00 |
| 5030 · Labor Cost | 0.00 | 0.00 | 0.00 |
| 5050 · Fuel Cost | 18,355.81 | 12,951.67 | 13,822.34 |
| 5245 · Tolls | 0.00 | 0.00 | 0.00 |
| **Total COGS** | 99,753.23 | 107,993.28 | 73,798.29 |

1:18 PM
01/08/18
Accrual Basis

Case 3:17-cv-03471-MAS-TJB   Document 51-14   Filed 11/16/18   Page 8 of 15 PageID: 2121

CONFIDENTIAL
FUT004938

# Future Sanitation, Inc.
## Profit & Loss
### January through December 2016

|  | Jul 16 | Aug 16 | Sep 16 |
|---|---:|---:|---:|
| **Gross Profit** | 117,380.48 | 255,320.94 | 224,003.12 |
| **Expense** | | | |
|   6125 · Charge Card Discount Fee | 0.00 | 0.00 | 0.00 |
|   5060 · R&M - Equip & Vehicle | 6,070.38 | 3,092.99 | 5,777.06 |
|   5090 · Small Tools & Supplies | 0.00 | 0.00 | 0.00 |
|   5100 · Tire Expense | 0.00 | 0.00 | 0.00 |
|   5456 · Towing | 0.00 | 0.00 | 0.00 |
|   6033 · Uniforms | 0.00 | 0.00 | 0.00 |
|   6120 · Bank Service Charges | 10.00 | 0.00 | 0.00 |
|   6121 · Cleaning Expense | 0.00 | 0.00 | 0.00 |
|   6180 · Insurance Expense | | | |
|     5043 · Health Insurance | 6,295.00 | 6,295.00 | 6,295.00 |
|     6184 · Bond Expense | 0.00 | 0.00 | 0.00 |
|     6186 · Auto Insurance | 0.00 | 0.00 | 0.00 |
|     6188 · Disability & Unemp Insurance | 0.00 | 0.00 | 0.00 |
|     6180 · Insurance Expense - Other | 650.06 | 441.48 | 1,573.36 |
|   Total 6180 · Insurance Expense | 6,945.06 | 6,736.48 | 7,868.36 |
|   6230 · Licenses and Permits | 957.50 | 107.00 | 5.00 |
|   6250 · Postage and Delivery | 47.00 | 0.00 | 0.00 |
|   6260 · Printing and Reproduction | 0.00 | 0.00 | 0.00 |
|   6290 · Rent | 4,771.27 | 5,298.24 | 4,999.50 |
|   6320 · Computer Expense | 54.99 | 54.99 | 54.99 |
|   6340 · Telephone | 1,362.15 | 3,442.99 | 1,304.61 |
|   6350 · Entertainment & Meals | 0.00 | 0.00 | 0.00 |
|   6380 · Travel Expense | 0.00 | 0.00 | 0.00 |
|   6390 · Utilities | -1,892.32 | 62.92 | 63.85 |
|   6485 · Office Expense | 381.40 | 0.00 | 0.00 |
|   6525 · CC Fees Expense | 0.00 | 0.00 | 0.00 |
|   6544 · Lease Expense | 0.00 | 0.00 | 0.00 |
|   6550 · G&A Employee Cost | | | |
|     6569 · Reimbursed Employee Expense-G&A | 0.00 | 0.00 | 0.00 |
|     6550 · G&A Employee Cost - Other | 23.20 | 20.30 | 20.30 |
|   Total 6550 · G&A Employee Cost | 23.20 | 20.30 | 20.30 |
|   6650 · Accounting | 0.00 | 0.00 | 0.00 |
|   6655 · Legal Fees | 25,000.00 | 0.00 | 0.00 |
|   6755 · Security Expense | 0.00 | 0.00 | 0.00 |
|   6820 · Taxes | | | |
|     6830 · Federal | 0.00 | 0.00 | 0.00 |
|     6820 · Taxes - Other | 0.00 | 0.00 | 0.00 |
|   Total 6820 · Taxes | 0.00 | 0.00 | 0.00 |
|   6885 · Admin Fee | 10.00 | 0.00 | 0.00 |
|   6999 · Miscellaneous Expenses | | | |
|     2012 · Chase Credit Card Payment | 0.00 | 0.00 | 0.00 |
|     6999 · Miscellaneous Expenses - Other | 146,348.27 | 118,568.90 | 110,276.26 |
|   Total 6999 · Miscellaneous Expenses | 146,348.27 | 118,568.90 | 110,276.26 |

1:18 PM
01/08/18
Accrual Basis

Case 3:17-cv-03471-MAS-TJB   Document 51-14   Filed 11/16/18   Page 9 of 15 PageID: 2122

CONFIDENTIAL
FUT001939

# Future Sanitation, Inc.
## Profit & Loss
### January through December 2016

|  | Jul 16 | Aug 16 | Sep 16 |
|---|---:|---:|---:|
| **Total Expense** | 190,088.90 | 137,384.81 | 130,369.93 |
| **Net Ordinary Income** | -72,708.42 | 117,936.13 | 93,633.19 |
| **Other Income/Expense** | | | |
| **Other Expense** | | | |
| 7777 · Bad Debt Expense | 0.00 | 0.00 | 92.40 |
| 8877 · Settlement-Disposal Cost | 900.00 | 0.00 | 0.00 |
| 9200 · Interest Expense | 3,300.00 | 3,300.00 | 3,300.00 |
| 9955 · Damage Expense | 0.00 | 0.00 | 0.00 |
| 9989 · Fines & Penalties | 0.00 | 0.00 | 0.00 |
| **Total Other Expense** | 4,200.00 | 3,300.00 | 3,392.40 |
| **Net Other Income** | -4,200.00 | -3,300.00 | -3,392.40 |
| **Net Income** | **-76,908.42** | **114,636.13** | **90,240.79** |

1:18 PM
01/08/18
Accrual Basis

Case 3:17-cv-03471-MAS-TJB   Document 51-14   Filed 11/16/18   Page 10 of 15 PageID: 2123

CONFIDENTIAL
FUT001940

# Future Sanitation, Inc.
## Profit & Loss
### January through December 2016

| | Oct 16 | Nov 16 | Dec 16 |
|---|---:|---:|---:|
| **Ordinary Income/Expense** | | | |
| **Income** | | | |
|   4000 · Revenue - Roll Off | 144,272.61 | 129,512.59 | 105,598.00 |
|   4020 · Revenue - Commercial | 14,152.50 | 3,048.10 | 13,770.30 |
|   4021 · Ocean County Comm Route | 1,474.89 | 1,474.89 | 1,305.89 |
|   4030 · Revenue - Residential | 1,320.73 | 1,158.93 | 1,893.78 |
|   4800 · Revenue - Fuel Surcharge | 20.00 | 40.00 | 0.00 |
|   4850 · Revenue - Recycling Revenue | | | |
|     4990 · JFD - Rebate | 0.00 | 0.00 | 0.00 |
|     4850 · Revenue - Recycling Revenue - Other | 0.00 | 0.00 | 4.62 |
|   Total 4850 · Revenue - Recycling Revenue | 0.00 | 0.00 | 4.62 |
|   4910 · Municpal Revenue | | | |
|     4930 Nutley North | 0.00 | 0.00 | 0.00 |
|     4931 Bloomfield North | 0.00 | 0.00 | 0.00 |
|     4932 Hillsdale North | 0.00 | 0.00 | 0.00 |
|     4933 Hawthorne North | 0.00 | 0.00 | 0.00 |
|     4934 Garfield North | 0.00 | 0.00 | 0.00 |
|     4936 Rochelle Park North | 0.00 | 0.00 | 0.00 |
|     4937 Little Ferry North | 0.00 | 0.00 | 0.00 |
|     4938 Passaic BOE North | 0.00 | 0.00 | 0.00 |
|     4939 Monnachie North | 0.00 | 0.00 | 0.00 |
|     4914 · Keyport - Disposal Rev. | 0.00 | 34,855.24 | 16,142.43 |
|     4916 · Matawan - Disposal Rev. | 0.00 | 0.00 | 0.00 |
|     4919 · Manalapan - Disposal Rev. | 0.00 | 0.00 | 0.00 |
|     4922 · Holmdel - Contract Rev. | 0.00 | 0.00 | 0.00 |
|     4924 · Keyport - Contract Rev. | 0.00 | 35,250.00 | 13,619.32 |
|     4925 · Oceanport - Contract Rev. | 16,166.66 | 16,166.66 | 16,166.66 |
|     4926 · Matawan - Contract Rev. | 0.00 | 0.00 | 0.00 |
|     4929 · Manalapan - Contract Revenue | 0.00 | 0.00 | 0.00 |
|   Total 4910 · Municpal Revenue | 16,166.66 | 86,271.90 | 45,928.41 |
|   4933 · Roll Off Revenue - North | 0.00 | 0.00 | 0.00 |
|   4987 · Recycling Tax Credit | 747.52 | 182.76 | 82.20 |
|   4989 · Miscellaneous Income | | | |
|     4900 · Revenue - Extras | 426.31 | 59.97 | 150.00 |
|     4989 · Miscellaneous Income - Other | 17,533.14 | 16,434.05 | 45,651.97 |
|   Total 4989 · Miscellaneous Income | 17,959.45 | 16,494.02 | 45,801.97 |
|   4998 · Sales - Credit | 0.00 | 0.00 | -3,233.33 |
| **Total Income** | 196,114.36 | 238,183.19 | 211,151.84 |
| **Cost of Goods Sold** | | | |
|   5000 · Disposal Cost | 55,205.48 | 44,272.54 | 32,728.19 |
|   5004 · Disposal - North | 2,000.00 | 0.00 | 0.00 |
|   5030 · Labor Cost | 0.00 | 1,025.42 | 0.00 |
|   5050 · Fuel Cost | 10,985.79 | 10,986.04 | 10,895.38 |
|   5245 · Tolls | 0.00 | 0.00 | 0.00 |
| **Total COGS** | 68,191.27 | 56,284.00 | 43,623.57 |

1:18 PM
01/08/18
Accrual Basis

CONFIDENTIAL
FUT001941

Case 3:17-cv-03471-MAS-TJB   Document 51-14   Filed 11/16/18   Page 11 of 15 PageID: 2124

# Future Sanitation, Inc.
## Profit & Loss
### January through December 2016

|  | Oct 16 | Nov 16 | Dec 16 |
|---|---:|---:|---:|
| **Gross Profit** | 127,923.09 | 181,899.19 | 167,528.27 |
| **Expense** | | | |
|   6125 · Charge Card Discount Fee | 0.00 | 0.00 | 0.00 |
|   5060 · R&M - Equip & Vehicle | 3,764.11 | 7,488.31 | 1,517.70 |
|   5090 · Small Tools & Supplies | 0.00 | 0.00 | 0.00 |
|   5100 · Tire Expense | 0.00 | 0.00 | 0.00 |
|   5456 · Towing | 0.00 | 0.00 | 0.00 |
|   6033 · Uniforms | 0.00 | 0.00 | 0.00 |
|   6120 · Bank Service Charges | 0.00 | 0.00 | 0.00 |
|   6121 · Cleaning Expense | 0.00 | 0.00 | 0.00 |
|   6180 · Insurance Expense | | | |
|     5043 · Health Insurance | 0.00 | 4,000.00 | 0.00 |
|     6184 · Bond Expense | 0.00 | 0.00 | 0.00 |
|     6186 · Auto Insurance | 0.00 | 0.00 | 0.00 |
|     6188 · Disability & Unemp Insurance | 0.00 | 0.00 | 0.00 |
|     6180 · Insurance Expense - Other | 511.55 | 442.81 | 860.40 |
|   **Total 6180 · Insurance Expense** | 511.55 | 4,442.81 | 860.40 |
|   6230 · Licenses and Permits | 982.50 | 164.07 | 0.00 |
|   6250 · Postage and Delivery | 0.00 | 188.00 | 0.00 |
|   6260 · Printing and Reproduction | 264.52 | 0.00 | 0.00 |
|   6290 · Rent | 4,500.00 | 12,183.72 | 4,500.00 |
|   6320 · Computer Expense | 54.99 | 54.99 | 54.99 |
|   6340 · Telephone | 1,314.82 | 1,040.01 | 979.43 |
|   6350 · Entertainment & Meals | 0.00 | 0.00 | 0.00 |
|   6380 · Travel Expense | 0.00 | 0.00 | 0.00 |
|   6390 · Utilities | 94.04 | 238.37 | 1,050.70 |
|   6485 · Office Expense | 17.64 | 143.83 | 138.48 |
|   6525 · CC Fees Expense | 0.00 | 0.00 | 0.00 |
|   6544 · Lease Expense | 0.00 | 0.00 | 0.00 |
|   6550 · G&A Employee Cost | | | |
|     6569 · Reimbursed Employee Expense-G&A | 0.00 | 0.00 | 0.00 |
|     6550 · G&A Employee Cost - Other | 20.30 | 20.30 | 20.30 |
|   **Total 6550 · G&A Employee Cost** | 20.30 | 20.30 | 20.30 |
|   6650 · Accounting | 2,500.00 | 0.00 | 0.00 |
|   6655 · Legal Fees | 0.00 | 0.00 | 0.00 |
|   6755 · Security Expense | 0.00 | 0.00 | 0.00 |
|   6820 · Taxes | | | |
|     6830 · Federal | 0.00 | 0.00 | 0.00 |
|     6820 · Taxes - Other | 0.00 | 0.00 | 0.00 |
|   **Total 6820 · Taxes** | 0.00 | 0.00 | 0.00 |
|   6885 · Admin Fee | 0.00 | 0.00 | 0.00 |
|   6999 · Miscellaneous Expenses | | | |
|     2012 · Chase Credit Card Payment | 0.00 | 0.00 | 0.00 |
|     6999 · Miscellaneous Expenses - Other | 68,769.68 | 63,330.44 | 74,911.33 |
|   **Total 6999 · Miscellaneous Expenses** | 68,769.68 | 63,330.44 | 74,911.33 |

Accrual Basis

# Future Sanitation, Inc.
## Profit & Loss
### January through December 2016

|  | Oct 16 | Nov 16 | Dec 16 |
|---|---:|---:|---:|
| Total Expense | 82,794.15 | 89,294.85 | 84,033.33 |
| **Net Ordinary Income** | 45,128.94 | 92,604.34 | 83,494.94 |
| Other Income/Expense |  |  |  |
|   Other Expense |  |  |  |
|     7777 · Bad Debt Expense | 14,951.67 | 0.00 | 0.00 |
|     8877 · Settlement-Disposal Cost | 850.00 | 850.00 | 1,700.00 |
|     9200 · Interest Expense | 3,300.00 | 3,300.00 | 3,300.00 |
|     9955 · Damage Expense | 0.00 | 0.00 | 0.00 |
|     9989 · Fines & Penalties | 1,500.00 | 328.00 | 0.00 |
|   Total Other Expense | 20,601.67 | 4,478.00 | 5,000.00 |
| **Net Other Income** | -20,601.67 | -4,478.00 | -5,000.00 |
| **Net Income** | 24,527.27 | 88,126.34 | 78,494.94 |

C18 PM
01/08/18
Accrual Basis

Case 3:17-cv-03471-MAS-TJB   Document 51-14   Filed 11/16/18   Page 13 of 15 PageID: 2126

CONFIDENTIAL
FUT001943

# Future Sanitation, Inc.
## Profit & Loss
### January through December 2016

|  | TOTAL |
|---|---:|
| **Ordinary Income/Expense** | |
|   **Income** | |
|     4000 · Revenue - Roll Off | 2,007,589.41 |
|     4020 · Revenue - Commercial | 132,468.61 |
|     4021 · Ocean County Comm Route | 16,518.53 |
|     4030 · Revenue - Residential | 17,296.93 |
|     4800 · Revenue - Fuel Surcharge | 132.30 |
|     4850 · Revenue - Recycling Revenue | |
|       4990 · JFD - Rebate | 67.20 |
|       4850 · Revenue - Recycling Revenue - Other | 9,437.35 |
|     Total 4850 · Revenue - Recycling Revenue | 9,504.55 |
|     4910 · Municpal Revenue | |
|       4930 Nutley North | 93,600.00 |
|       4931 Bloomfield North | 98,197.00 |
|       4932 Hillsdale North | 30,992.91 |
|       4933 Hawthorne North | 39,375.00 |
|       4934 Garfield North | 16,900.00 |
|       4936 Rochelle Park North | 8,430.00 |
|       4937 Little Ferry North | 37,964.34 |
|       4938 Passaic BOE North | -3,703.22 |
|       4939 Monnachie North | 3,712.91 |
|       4914 · Keyport - Disposal Rev. | 191,088.98 |
|       4916 · Matawan - Disposal Rev. | 28,795.71 |
|       4919 · Manalapan - Disposal Rev. | 110,604.69 |
|       4922 · Holmdel - Contract Rev. | 65,876.22 |
|       4924 · Keyport - Contract Rev. | 207,494.32 |
|       4925 · Oceanport - Contract Rev. | 201,124.24 |
|       4926 · Matawan - Contract Rev. | 11,400.00 |
|       4929 · Manalapan - Contract Revenue | 124,552.06 |
|     Total 4910 · Municpal Revenue | 1,266,405.16 |
|     4933 · Roll Off Revenue - North | 131,208.81 |
|     4987 · Recycling Tax Credit | 12,048.38 |
|     4989 · Miscellaneous Income | |
|       4900 · Revenue - Extras | 193,683.15 |
|       4989 · Miscellaneous Income - Other | 188,773.17 |
|     Total 4989 · Miscellaneous Income | 382,456.32 |
|     4998 · Sales - Credit | -2,419.66 |
|   **Total Income** | 3,973,209.34 |
|   **Cost of Goods Sold** | |
|     5000 · Disposal Cost | 809,633.30 |
|     5004 · Disposal - North | 102,470.67 |
|     5030 · Labor Cost | 1,267.42 |
|     5050 · Fuel Cost | 162,629.04 |
|     5245 · Tolls | 6.00 |
|   **Total COGS** | 1,076,006.43 |

1:18 PM
01/08/18
Accrual Basis

Case 3:17-cv-03471-MAS-TJB   Document 51-14   Filed 11/16/18   Page 14 of 15 PageID: 2127

CONFIDENTIAL
FUT001944

# Future Sanitation, Inc.
## Profit & Loss
### January through December 2016

|  | TOTAL |
|---|---:|
| **Gross Profit** | 2,897,202.91 |
| **Expense** |  |
| 6125 · Charge Card Discount Fee | -381.02 |
| 5060 · R&M - Equip & Vehicle | 119,209.67 |
| 5090 · Small Tools & Supplies | -2.50 |
| 5100 · Tire Expense | 7,983.92 |
| 5456 · Towing | 8,105.47 |
| 6033 · Uniforms | 1,593.59 |
| 6120 · Bank Service Charges | 13,725.12 |
| 6121 · Cleaning Expense | 450.00 |
| 6180 · Insurance Expense |  |
|     5043 · Health Insurance | 63,757.79 |
|     6184 · Bond Expense | 878.35 |
|     6186 · Auto Insurance | 88,838.92 |
|     6188 · Disability & Unemp Insurance | 1,708.41 |
|     6180 · Insurance Expense - Other | 65,006.65 |
| **Total 6180 · Insurance Expense** | 220,190.12 |
| 6230 · Licenses and Permits | 16,097.77 |
| 6250 · Postage and Delivery | 1,399.00 |
| 6260 · Printing and Reproduction | 1,364.13 |
| 6290 · Rent | 67,856.45 |
| 6320 · Computer Expense | 1,331.41 |
| 6340 · Telephone | 34,733.31 |
| 6350 · Entertainment & Meals | 930.46 |
| 6380 · Travel Expense | 73.05 |
| 6390 · Utilities | 14,037.28 |
| 6485 · Office Expense | 1,788.60 |
| 6525 · CC Fees Expense | 12,347.29 |
| 6544 · Lease Expense | 445.24 |
| 6550 · G&A Employee Cost |  |
|     6569 · Reimbursed Employee Expense-G&A | 194.50 |
|     6550 · G&A Employee Cost - Other | 1,405.50 |
| **Total 6550 · G&A Employee Cost** | 1,600.00 |
| 6650 · Accounting | 2,500.00 |
| 6655 · Legal Fees | 38,000.00 |
| 6755 · Security Expense | 882.75 |
| 6820 · Taxes |  |
|     6830 · Federal | 3,000.00 |
|     6820 · Taxes - Other | -887.60 |
| **Total 6820 · Taxes** | 2,112.40 |
| 6885 · Admin Fee | 18.00 |
| 6999 · Miscellaneous Expenses |  |
|     2012 · Chase Credit Card Payment | 5,500.00 |
|     6999 · Miscellaneous Expenses - Other | 1,025,874.61 |
| **Total 6999 · Miscellaneous Expenses** | 1,031,374.61 |

C:18 PM
01/08/18
Accrual Basis

Case 3:17-cv-03471-MAS-TJB   Document 51-14   Filed 11/16/18   Page 15 of 15 PageID: 2128

CONFIDENTIAL
FUT001945

# Future Sanitation, Inc.
## Profit & Loss
### January through December 2016

|  | TOTAL |
|---|---:|
| **Total Expense** | 1,599,766.12 |
| **Net Ordinary Income** | 1,297,436.79 |
| Other Income/Expense | |
|   Other Expense | |
|     7777 · Bad Debt Expense | 15,194.29 |
|     8877 · Settlement-Disposal Cost | 4,300.00 |
|     9200 · Interest Expense | 29,700.00 |
|     9955 · Damage Expense | 1,464.00 |
|     9989 · Fines & Penalties | 6,998.67 |
|   **Total Other Expense** | 57,656.96 |
| **Net Other Income** | -57,656.96 |
| **Net Income** | **1,239,779.83** |