Glen M. Diehl, Esq.
DIEHL LAW, LLC
P.O. Box 4206
Warren, NJ 07059
Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| FUTURE SANITATION, INC., <br><br> Plaintiff, <br><br> v. <br><br> EVERGREEN NATIONAL INDEMNITY COMPANY and MARTIN STERNBERG, <br><br> Defendants. | Civil Action No. <br> 3:17-CV-03471-MAS-TJB <br><br> **PROPOSED ORDER** |
| EVERGREEN NATIONAL INDEMNITY COMPANY, <br><br> Defendant/Counterclaimant, <br><br> v. <br><br> FUTURE SANITATION, INC. and BRYAN ALOIA, <br><br> Counterclaim Defendants. | |

The motion of defendant Evergreen National Indemnity Company for summary judgment on the issue of damages came for hearing before this Court on _____. Having read and considered the motion, the briefs, supporting declarations and attached exhibits, and having heard argument of counsel,

1

IT IS ORDERED THAT:

    Defendant Evergreen's Motion for Summary Judgment is DENIED in its entirety.

Dated:

                                              _____