**UNITED STATES DISTRICT COURT**
DISTRICT OF NEW JERSEY
(609) 989-2040

CHAMBERS OF
**TONIANNE J. BONGIOVANNI**
**UNITED STATES MAGISTRATE JUDGE**

U.S. COURTHOUSE
402 E. STATE STREET, RM 6052
TRENTON, NJ 08608

January 31, 2020

**LETTER ORDER**

Re:   **Future Sanitation, Inc. v. Evergreen National Indemnity Company et al.**
      **Civil Action No. 17-3471 (MAS)**

Dear Counsel,

The Court received a letter from Bryan Aloia, the President of the Plaintiff Corporation, dated January 27, 2020 noting that he recently became aware that his counsel is seeking to withdraw representation in this matter. Plaintiff seeks additional time to retain new counsel. The Court grants Plaintiff's request. Plaintiff is to retain counsel by **February 28, 2020**. In the event that he is unable to retain counsel, Plaintiff is advised that while individuals may proceed *pro se*, corporations may only appear in federal court through licensed counsel. *See, e.g., Korkala v. Allpro Imaging, Inc.*, No. 08-2712, 2009 U.S. Dist. LEXIS 70727, 2009 WL 2496506, at *3 (D.N.J. Aug. 12, 2009).

   **IT IS SO ORDERED.**

   The Clerk of the Court is directed to send a copy of this Order to Mr. Bryan Aloia at the following address: 22 W Granada Drive, Brick, New Jersey, 08723. The Court will also send a copy to Mr. Aloia via e-mail.

   s/ Tonianne J. Bongiovanni
   **TONIANNE J. BONGIOVANNI**
   **United States Magistrate Judge**