AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of New Jersey

| | |
|---|---|
| FUTURE SANITATION, INC. <br> *Plaintiff* <br> v. <br> EVERGREEN NATIONAL INDEMNITY COMPANY, etc <br> *Defendant* | Case No. 17-3471 (MAS) (TJB) |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Bryan Aloia, Future Sanitation, INC.

Date:     03/03/2020

*Attorney's signature*

Keith A. McKenna 032811989
*Printed name and bar number*

96 Park Street
Montclair, New Jersey 07042

*Address*

Keith.mckenna@mcklaw.net
*E-mail address*

(973) 509-0050
*Telephone number*

(973) 509-0063
*FAX number*