# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| FUTURE SANITATION, INC., <br><br> Plaintiff, <br><br> vs. <br><br> EVERGREEN NATIONAL INDEMNITY COMPANY, MARTIN STERNBERG, <br><br> Defendants. <br><br> EVERGREEN NATIONAL INDEMNITY COMPANY, <br><br> Defendant/Counterclaimant, <br><br> vs. <br><br> BRYAN ALOIA, <br><br> Additional Counterclaim Defendant. | Civil Action No. 3:17-cv-03471-MAS-TJB <br><br> **FINAL JUDGMENT BY CONSENT** |

ALL PARTIES AND COUNSEL HAVING AGREED to the form, content and entry of Final Judgment upon the following terms, dismissing the Action, as follows:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED AS FOLLOWS:

1. A Judgment is entered in favor of Evergreen National Indemnity Company ("Evergreen") against Plaintiff Future Sanitation, Inc. ("FSI") and Bryan Aloia ("Aloia"), jointly and severally, in the amount of one hundred thousand ($100,000.00) dollars, without costs (hereinafter the "Evergreen Judgment");

2. A Judgment is entered in favor of Martin Sternberg against Plaintiff Future Sanitation, Inc. and Bryan Aloia, jointly and severally, in the amount of three hundred and six thousand five hundred and forty-eight dollars and no cents ($306,548.00), without costs;

3. A Judgment is entered in favor of Sternberg against Plaintiff Future Sanitation, Inc. in the amount of four hundred and forty-five thousand seven hundred and one dollars and no cents ($445,701.00), without costs;

4. Any claim(s) by and between Evergreen and Sternberg are voluntarily dismissed without prejudice or costs pursuant to Rule 41(a)(1)(A)(ii); and

5. FSI and Aloia voluntarily waive any right of appeal from the dismissal of the Action.

Dated: __June 18__, 2020
Trenton, New Jersey

_____

Counsel hereby consent to the form and entry of this Final Judgment:

/s/
Keith A. McKenna, Esq.
Email: keith.mckenna@mcklaw.net
*Attorney for Plaintiff Future Sanitation, Inc.*
*and Third Party Defendant Bryan Aloia*

/s/
Andrew S. Kent, Esq.
Email: *AKent@csglaw.com*
*Attorneys for Defendant*
*Evergreen National Indemnity Company*

/s/
Jordan D. Weinreich, Esq.
Email: jweinreich@shermanwells.com
*Attorneys for Defendant Martin Sternberg*